2022-0119-269-I

# STATE OF TENNESSEE
## Office of Vital Records

RE HABILITATIVE SERVICES

APR 2 2 2022

RECEIVED

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER 2022 025738

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | MARKTAVIOUS TWILLEY |
| 2. Sex | MALE |
| 3. Date of Death | 03/28/2022 |
| 4. Time of Death (Approx.) | 20:03 |
| 5a. Age | 28 |
| 6. Date of Birth | 10/07/1993 |
| 7. Birthplace | MEMPHIS, TN |
| 8a. Place of Death | ER/OUTPATIENT |
| 8b. Facility Name | TROUSDALE MEDICAL CENTER |
| 8c. City or Town | HARTSVILLE-TROUSDALE |
| 8d. County of Death | TROUSDALE |
| 9. Marital Status | NEVER MARRIED |
| 10. Surviving Spouse (name prior to first marriage) | |
| 11a. Decedent's Usual Occupation | LABOR |
| 11b. Kind of Business/Industry | SELF EMPLOYED |
| 12. Social Security Number | |
| 13a. Residence-State or Foreign Country | TENNESSEE |
| 13b. County | SHELBY |
| 13c. City or Town | MEMPHIS |
| 13d. Street and Number | |
| 13e. Inside City Limits? | YES |
| 13f. Zip Code | 38127 |
| 14. Was Decedent ever in US Armed Forces? | NO |
| 15. Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. Decedent of Hispanic Origin? | NO, NOT SPANISH/HISPANIC/LATINO |
| 17. Decedent's Race | BLACK OR AFRICAN AMERICAN |
| 18. Father's Name | WARDELL B TWILLEY |
| 19. Mother's Name Prior to First Marriage | LAKENYA MCGHEE |
| 20a. Informant's Name | LAKENYA TWILLEY |
| 20b. Relationship to Decedent | MOTHER |
| 20c. Mailing Address | MEMPHIS, TN 38127 |
| 21a. Method of Disposition | BURIAL |
| 21b. Place of Disposition | MEMORIAL PARK SOUTHWOODS |
| 21c. Location | MEMPHIS, TN |
| 22a. Signature of Funeral Director | /s/ EDDIE HAYES |
| 22b. License Number | 5013 |
| 22c. Signature of Embalmer | /s/ EDDIE F HAYES JR |
| 22d. License Number | 5014 |
| 23a. Name and Address of Funeral Home | R. S. LEWIS AND SONS FUNERAL HOME, 374 VANCE AVENUE MEMPHIS, TN 38126-2010 |
| 23b. License Number | 399 |
| 24. Registrar's Signature | /s/ EDWARD G BISHOP III |
| 25. Date Filed | 04/12/2022 |

26. Certifier
26a. ☐ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☒ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| /s/ ERIN M CARNEY, M.D. | 50160 | 04/05/2022 |

27d. Name and Address
ERIN M CARNEY, M.D. 850 R.S. GASS BLVD, NASHVILLE, TN 37216

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

IMMEDIATE CAUSE
a. SHARP FORCE INJURIES
b.
c.
d.

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I.

29a. Was an Autopsy Performed? YES
29b. Were Autopsy Findings Available to Complete the Cause of Death? YES

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| HOMICIDE | NO | N/A |

33. If Transportation Injury, Specify:

| 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|
| 03/28/2022 | UNKNOWN | NO | PRISON |

34e. Describe How Injury Occurred: STABBED BY OTHERS
34f. Location of Injury: 140 MACON WAY, HARTSVILLE, TN

PH-1650E
RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

14249091

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977

Edward G. Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner

Date Issued: Apr 18 2022

**CERTIFICATION OF VITAL RECORD**

Case 3:23-cv-00077  Document 17-5  Filed 09/05/23  Page 1 of 9 PageID #: 194
LawsonProd_000001
File Name: 2022-0119-269-I DEATH CERTIFICATE.pdf

# INDICTMENT

No. 2023-CR-22

**STATE OF TENNESSEE**
**VS.**

**DEMETRIUS G. RISNER**

---

1 COUNT(S) FIRST DEGREE MURDER - PREMEDITATED
1 COUNT(S) POSSESSION OF CONTRABAND INTO PENAL FACILITY

---

**A TRUE BILL**

_____
Foreman, Grand Jury

KELLY HUNT
Prosecutor

**WITNESSES**

KELLY HUNT

Here duly summoned as witnesses and sworn by me and testified before the Grand Jury on this indictment.

_____
Foreman, Grand Jury

THE CLERK will issue summons for the following State Witnesses:

KELLY HUNT

Jason L. Lawson
District Attorney General

## STATE OF TENNESSEE, TROUSDALE COUNTY

### FEBRUARY SESSION OF THE CRIMINAL COURT, 2023

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that DEMETRIUS G. RISNER on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, did unlawfully, intentionally and with premeditation kill Marktavious Twilley, in violation of Tennessee Code Annotated 39-13-202(a)(1), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
5:55pm
FEB 2 2 2023
CIRCUIT COURT CLERK
BY: _____

_____
DISTRICT ATTORNEY GENERAL

# COUNT 2

## FEBRUARY TERM, 2023, CRIMINAL COURT

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that:

### DEMETRIUS G. RISNER

on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly possess a knife, while present in any penal institution to wit: Trousdale Turner Correctional Complex, where prisoners are quartered or under custodial supervision, without the express written consent of the chief administrator of the institution, in violation of Tennessee Code Annotated §39-16-201(b)(2), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
5:55pm
FEB 2 2 2023
CIRCUIT COURT CLERK
BY _____

_____
DISTRICT ATTORNEY GENERAL

# INDICTMENT

No. 2023-CR-21

STATE OF TENNESSEE
VS.

**DONALD PEOPLES**

1 COUNT(S) FIRST DEGREE MURDER - PREMEDITATED
1 COUNT(S) POSSESSION OF CONTRABAND INTO PENAL FACILITY

**A TRUE BILL**

_____
Foreman, Grand Jury

KELLY HUNT
Prosecutor

**WITNESSES**

KELLY HUNT

Here duly summoned as witnesses and sworn by me and testified before the Grand Jury on this indictment.

_____
Foreman, Grand Jury

THE CLERK will issue summons for the following State Witnesses:

KELLY HUNT

_____
Jason L. Lawson
District Attorney General

## STATE OF TENNESSEE, TROUSDALE COUNTY

### FEBRUARY SESSION OF THE CRIMINAL COURT, 2023

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that DONALD PEOPLES on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, dud unlawfully, intentionally and with premeditation kill Marktavious Twilley, in violation of Tennessee Code Annotated 39-13-202(a)(1), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
S. SSpm

FEB 2 2 2023

CIRCUIT COURT CLERK
BY _____

_____
DISTRICT ATTORNEY GENERAL

## COUNT 2

**FEBRUARY TERM, 2023, CRIMINAL COURT**

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that:

**DONALD PEOPLES**

on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly possess a knife, while present in any penal institution to wit: Trousdale Turner Correctional Complex, where prisoners are quartered or under custodial supervision, without the express written consent of the chief administrator of the institution, in violation of Tennessee Code Annotated §39-16-201(b)(2), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
5:55 pm
FEB 2 2 2023
CIRCUIT COURT CLERK
BY

_____
DISTRICT ATTORNEY GENERAL

# INDICTMENT

No. 2023-CR-17

STATE OF TENNESSEE
VS.

**DONTAVIOUS LAMAR HENDRIX**

1 COUNT(S) FIRST DEGREE MURDER - PREMEDITATED
1 COUNT(S) POSSESSION OF CONTRABAND INTO PENAL FACILITY

**A TRUE BILL**

_____
Foreman, Grand Jury

KELLY HUNT
Prosecutor

**WITNESSES**

KELLY HUNT

Here duly summoned as witnesses and sworn by me and testified before the Grand Jury on this indictment.

_____
Foreman, Grand Jury

THE CLERK will issue summons for the following State Witnesses:

KELLY HUNT

_____
Jason L. Lawson
District Attorney General

$300,000

## STATE OF TENNESSEE, TROUSDALE COUNTY

### FEBRUARY SESSION OF THE CRIMINAL COURT, 2023

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that DONTAVIOUS LAMAR HENDRIX on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, did unlawfully, intentionally and with premeditation kill Marktavious Twilley, in violation of Tennessee Code Annotated 39-13-202(a)(1), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
5:53pm
FEB 22 2023
CIRCUIT COURT CLERK
BY _____

_____
Jason L. Lawson
DISTRICT ATTORNEY GENERAL

# COUNT 2

### FEBRUARY TERM, 2023, CRIMINAL COURT

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that:

### DONTAVIOUS LAMAR HENDRIX

on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly possess a knife, while present in any penal institution to wit: Trousdale Turner Correctional Complex, where prisoners are quartered or under custodial supervision, without the express written consent of the chief administrator of the institution, in violation of Tennessee Code Annotated §39-16-201(b)(2), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
5:53pm
FEB 2 2 2023
CIRCUIT COURT CLERK
BY [signature]

[signature]
DISTRICT ATTORNEY GENERAL

# INDICTMENT

No. 2023-CR-23

STATE OF TENNESSEE
VS.

**KELDRICK TAYLOR**

1 COUNT(S) FIRST DEGREE MURDER - PREMEDITATED
1 COUNT(S) POSSESSION OF CONTRABAND INTO PENAL FACILITY

**A TRUE BILL**

_____
Foreman, Grand Jury

KELLY HUNT
Prosecutor

**WITNESSES**

KELLY HUNT

Here duly summoned as witnesses and sworn by me and testified before the Grand Jury on this indictment.

_____
Foreman, Grand Jury

THE CLERK will issue summons for the following State Witnesses:

KELLY HUNT

_____
Jason L. Lawson
District Attorney General

## STATE OF TENNESSEE, TROUSDALE COUNTY

### FEBRUARY SESSION OF THE CRIMINAL COURT, 2023

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that KELDRICK TAYLOR on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, did unlawfully, intentionally and with premeditation kill Marktavious Twilley, in violation of Tennessee Code Annotated 39-13-202(a)(1), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
5:56pm
FEB 22 2023
CIRCUIT COURT CLERK
BY: _____

_____
DISTRICT ATTORNEY GENERAL

# COUNT 2

### FEBRUARY TERM, 2023, CRIMINAL COURT

THE GRAND JURORS of Trousdale County, Tennessee, duly empanelled and sworn upon their oath present that:

### KELDRICK TAYLOR

on March 28, 2022 in Trousdale County, Tennessee, and before the finding of this indictment, did unlawfully and knowingly possess a knife, while present in any penal institution to wit: Trousdale Turner Correctional Complex, where prisoners are quartered or under custodial supervision, without the express written consent of the chief administrator of the institution, in violation of Tennessee Code Annotated §39-16-201(b)(2), and against the peace and dignity of the State of Tennessee.

FILE
KIM TAYLOR
S: 5́6pm
FEB 2 2 2023
CIRCUIT COURT CLERK
BY _____

_____
DISTRICT ATTORNEY GENERAL