
## Lakenya McGhee-Twilley v. CoreCivic of Tennessee, LLC, et al.

**Toni-Ann Dolan** <Toni-Ann.Dolan@ag.tn.gov>                    Tue, Aug 29, 2023 at 4:08 PM
To: "Daniel A. Horwitz" <daniel@horwitz.law>
Cc: Melissa Dix <melissa@horwitz.law>, Lindsay Smith <lindsay@horwitz.law>, David Wickenheiser
<David.Wickenheiser@ag.tn.gov>, "Terrence.mckelvey@klgates.com" <Terrence.mckelvey@klgates.com>,
"wasutter@tndagc.org" <wasutter@tndagc.org>, Liz Evan <Liz.Evan@ag.tn.gov>, "Polly, Erin Palmer"
<Erin.Polly@klgates.com>, Donna Green <Donna.Green@ag.tn.gov>

Daniel,

To the extent that TDOC has asserted the prosecutorial privilege, and that the DA has waived that objection,
TDOC has no intention of re-asserting that privilege. However, TDOC maintains all other previously lodged
objections in its July 26, 2023 letter.

[Quoted text hidden]