IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAKENYA McGHEE-TWILLEY )<br>Individually and as next of kin to deceased, )<br>MARTKAVIOUS TWILLEY )<br> )<br>v. )<br> )<br>CORECOVIC OF TENNESSEE, LLC et al. ) | Case No. 3:23-cv-00077<br>Judge Campbell<br>Magistrate Judge Holmes |

**O R D E R**

A status/case management conference will be held on **November 28, 2023, at 11:00 a.m. (CT)** using the Court's conference line at 1-877-402-9753, access code 3808663#, to specifically discuss the third-party discovery issues raised in Plaintiff's (latest) motion for an extension of time to complete discovery (Docket No. 21) and to generally discuss the status of this case and the case management deadlines.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge