

BILL LEE
*GOVERNOR*

LISA HELTON
*INTERIM COMMISSIONER*

STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8139 ● FAX (615) 532-8281

July 29, 2022

Mr. Branden Bellar
Attorney at Law
206D Main Street
P.O. Box 192
Carthage, TN 37070

Dear Mr. Bellar:

**SUBJECT: Trousdale Turner Correctional Center (TTCC) Liquidated Damage Assessments for July 1, 2021 to December 31, 2021**

In accordance with Section E.10 and Appendix D of the contract (Edison Contract Number 71295) between the State and Trousdale County, Tennessee, contract monitoring staff with the TDOC Office of the Inspector General have completed contract monitoring for the audit period of July 1, 2021, to December 31, 2021. A review, and consideration of the findings for that monitoring period, has resulted in an overall assessment of nine hundred fourteen thousand, two hundred forty-five dollars and forty-four cents. **($914,245.44)**.

### 1. Failure to Fill Critical Posts Standard

| Audit Standard | Non-Compliance Report Date | Audit Period | Second Breach | Cured Date | Total Damages 2021 - 2022 |
|---|---|---|---|---|---|
| Staffing 2b | 11-Nov-21 | Jul-21 | 2/11/2022 | N/A | $ 115,784.46 |
| Staffing 2b | 11-Nov-21 | Aug-21 | 2/11/2022 | N/A | $ 127,259.88 |
| Staffing 2b | 11-Nov-21 | Sep-21 | 2/11/2022 | N/A | $ 124,389.94 |
| Staffing 2b (Repeat) | 11-Feb-22 | Oct-21 | 2/11/2022 | N/A | $ 145,763.31 |
| Staffing 2b (Repeat) | 11-Feb-22 | Nov-21 | 2/11/2022 | N/A | $ 163,864.80 |
| Staffing 2b (Repeat) | 11-Feb-22 | Dec-21 | 2/11/2022 | N/A | $ 237,183.05 |
| **Total Damages** | | | | | **$ 914,245.44** |

Please refer to Attachment A–B for more detail on the Filling Critical Posts Standards liquidated damages. Attachments C–I are calculation spreadsheets for the months of July 1, 2021, to December 31, 2021.

As a result of these findings of non-compliance and in accordance with Section E.10 and Appendix D of the contract between the State and Trousdale County, Tennessee, I find Trousdale County to be in breach of contract, and I am directing those liquidated damages in the amount of nine hundred fourteen thousand, two hundred forty-five dollars and forty-four cents. **($914,245.44)** be withheld from payment to Trousdale County.

You may appeal this determination within thirty (30) calendar days from date of receipt of this letter. As such, the deadline to appeal shall be **August 29, 2022.** Any appeal should be directed to the TDOC Inspector General Kelly Young.

Should Trousdale County decline to appeal this assessment or an appeal is not filed within the timeframe set forth in this letter, the liquidated damages will be deducted from the State's next payment for services under the contract.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Lisa Helton
Interim Commissioner

LH:KY
Enclosures

pc: Martin Frink, Warden, TTCC
Vance Laughlin, Interim Regional Manager, Facility Operations, Division 6, CoreCivic
Damon Hininger, President & CEO, CoreCivic
Bo Irvin, Chief Financial Officer, TDOC
Debbie Inglis, Deputy Commissioner/General Counsel, TDOC
Lee Dotson, Assistant Commissioner, Prisons, TDOC
Darren Settles, Deputy Assistant Commissioner, TDOC
Trinity Minter, Correctional Administrator, TDOC
Kelly Young, Inspector General, TDOC
Kimberly Gulden, Deputy Inspector General, TDOC
Lisa Parks, Director of Fiscal Services
Carolyn Jordan, Director, Contract Monitoring, TDOC
Kristy Carroll-Grimes, Director of Risk Mitigation and Contract Monitoring, TDOC

**BILL LEE**
*GOVERNOR*



**LISA HELTON**
*INTERIM COMMISSIONER*

STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8139 ● FAX (615) 532-8281

November 22, 2022

Mr. Branden Bellar
Attorney at Law
206D Main Street
P.O. Box 192
Carthage, TN 37070

Dear Mr. Bellar:

**SUBJECT:  Trousdale Turner Correctional Center (TTCC) Liquidated Damage Assessments for Second Breaches Occurring between January 1, 2022 to June 30, 2022**

In accordance with Section E.10 and Appendix D of the contract (Edison Contract Number 71295) between the State and Trousdale County, Tennessee, contract monitoring staff with the TDOC Office of the Inspector General have completed contract monitoring for the audit period of January 1, 2022, to June 30, 2022. A review, and consideration of the findings for that monitoring period, has resulted in an overall assessment of two million, five thirty two thousand, two hundred eighty three dollars and ninety two cents. **($2,532,283.92)**.

## Failure to Fill Vacancies Within Forty-Five Days (45), Less Overtime Costs

| Audit Standard | Audit Period | Estimated Daily Salaries and Benefits | |
|---|---|---|---|
| Staffing 9 (Repeat) | Jan-22 | $ | 735,860.08 |
| Staffing 9 (Repeat) | Feb-22 | $ | 547,871.17 |
| Staffing 9 (Repeat) | Mar-22 | $ | 470,041.13 |
| Staffing 9 (Repeat) | Apr-22 | $ | 418,795.90 |
| Staffing 9 (Repeat) | May-22 | $ | 450,677.50 |
| Staffing 9 (Repeat) | Jun-22 | $ | 394,893.76 |
| | Total Estimated Salaries and Benefits | $ | 3,018,139.54 |
| | Total CoreCivic Reported Overtime Costs Incurred for Audit Period | $ | 1,287,325.86 |
| | **Total Damages for Audit Period** | $ | 1,730,813.68 |

Please refer to the non-compliance reports for more detail (Attachments A–C). The calculation spreadsheets for January 1, 2022–June 30, 2022, are also included (Attachments D–I). Please see the folder titled *TN Trousdale County January–June 2022* for the reported overtime costs to cover the vacancies.

### Failure to Fill Critical Posts Standard

| Audit Standard | Audit Period | Total Damages |
|---|---|---|
| Staffing 2b (Repeat) | Jan-22 | $ 150,599.30 |
| Staffing 2b (Repeat) | Feb-22 | $ 121,528.47 |
| Staffing 2b (Repeat) | Mar-22 | $ 79,935.03 |
| Staffing 2b (Repeat) | Apr-22 | $ 103,251.89 |
| Staffing 2b (Repeat) | May-22 | $ 131,390.56 |
| Staffing 2b (Repeat) | Jun-22 | $ 89,064.99 |
| **Total Damages** | | **$ 675,770.24** |

Please refer to the non-compliance reports for more detail (Attachments A–C). The calculation spreadsheets for January 1, 2022–June 30, 2022, are also included (Attachment J).

### Failure to Meet Disciplinary Standard

| Audit Standard - Group 1 | First Breach Notification | Second Breach Notification | Contract Multiplier | Cured Dates | Number of Days Noncompliant | Total Damages Jan - June 2022 |
|---|---|---|---|---|---|---|
| Disciplinary 1e (Repeat) | 11-Nov-21 | 10-Feb-22 | $ 300.00 | N/A | 140 | $ 42,000.00 |
| **Total Damages** | | | | | | **$ 42,000.00** |

Please refer to the non-compliance report for more detail (Attachment K).

### Failure to Meet Classification Standard

| Audit Standard - Group 4 | First Breach Notification | Second Breach Notification | Contract Multiplier | Cured Dates | Number of Days Noncompliant | Total Damages Jan - June 2022 |
|---|---|---|---|---|---|---|
| **Classification 2b Essential (Repeat)** | 1-Sep-21 | 10-Feb-22 | $ 300.00 | N/A | 140 | $ 42,000.00 |
| **Total Damages** | | | | | | **$ 42,000.00** |

Please refer to the non-compliance report for more detail (Attachment L).

**TN** Department of
Correction

## Failure to Meet Staffing Standard

| Audit Standard – Group 5 | First Breach Notification | Second Breach Notification | Contract Multiplier | Cured Dates | Number of Days Noncompliant | Total Damages Jan - June 2022 |
|---|---|---|---|---|---|---|
| Staffing item 6b Essential (Repeat) | 11-Nov-21 | 11-Feb-22 | $ 300.00 | N/A | 139 | $ 41,700.00 |
| | | | | | | $ 41,700.00 |

Please refer to the non-compliance report for more detail (Attachment M).

As a result of these findings of non-compliance and in accordance with Section E.10 and Appendix D of the contract between the State and Trousdale County, I find Trousdale County to be in breach of contract, and I am directing those liquidated damages in the amount of two million, five hundred thirty two thousand, two hundred eighty three dollars and ninety two cents. (**$2,532,283.92**) be withheld from payment to Trousdale County, Tennessee.

You may appeal this determination within thirty (30) calendar days from date of receipt of this letter. As such, the deadline to appeal shall be **December 22, 2022.** Any appeal should be directed to the TDOC Inspector General Kelly Young.

Should Trousdale County decline to appeal this assessment or an appeal is not filed within the timeframe set forth in this letter, the liquidated damages will be deducted from the State's next payment for services under the contract.

I do appreciate Trousdale County's and CoreCivic's ongoing efforts to become fully compliant with the contract and address these issues of non-compliance. I also appreciate the partnership between TDOC and Trousdale County and CoreCivic.

**TN** Department of
Correction

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Lisa Helton
Interim Commissioner

LH:KY
Enclosures

pc: Martin Frink, Warden, TTCC
    Vance Laughlin, Regional Manager, Facility Operations, Division 6, CoreCivic
    Damon Hininger, President & CEO, CoreCivic
    Richard Muckle, Chief of Staff, TDOC
    Debbie Inglis, Deputy Commissioner/General Counsel, TDOC
    Bo Irvin, Assistant Commissioner/Chief Financial Officer, TDOC
    Lee Dotson, Assistant Commissioner, Prisons, TDOC
    Darren Settles, Deputy Assistant Commissioner, TDOC
    Trinity Minter, Correctional Administrator, TDOC
    Kelly Young, Inspector General, TDOC
    Kimberly Gulden, Deputy Inspector General, TDOC
    Lisa Parks, Director of Budget & Fiscal Services
    Carolyn Jordan, Director, Contract Monitoring, TDOC
    Kristy Carroll-Grimes, Director of Risk Mitigation and Contract Monitoring, TDOC

BILL LEE
*GOVERNOR*



TONY PARKER
*COMMISSIONER*

STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8139 ● FAX (615) 532-8281

July 29, 2020

Mr. Branden Bellar
Attorney at Law
206D Main Street
P.O. Box 192
Carthage, TN 37070

Dear Attorney Bellar:

SUBJECT: Assessment of Liquidated Damages–Trousdale Turner Correctional Center (TTCC)

## 1. Failure to Meet Count Procedure Standards

The Tennessee Department of Correction (TDOC) Contract Monitors Jon Walton and Chris Brun issued a non-compliance report to CoreCivic management at the TTCC on March 26, 2020, for failure to meet Count Procedure Standards. The audit period for these findings is January 1, 2020–March 25, 2020. Detailed information concerning these findings is contained in the enclosed non-compliance report (Attachment A).

The following summarizes the liquidated damages for failure to meet two (2) Count Procedure Standards:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Count Procedures 1c (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Count Procedures 6a Essential (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 7 | $ 3,500.00 |
| Total | | | | | | $ 6,500.00 |

## 2. Failure to Meet Disciplinary Procedures Standards

The Tennessee Department of Correction (TDOC) Contract Monitors Jon Walton and Chris Brun issued a non-compliance report to CoreCivic management at the TTCC on March 26, 2020, for failure to meet two (2) Disciplinary Procedures Standards. The audit period for these findings is January 1, 2020–March 31, 2020. Detailed information concerning these findings is contained in the enclosed non-compliance report (Attachment B).

The following summarizes the liquidated damages for failure to meet the Disciplinary Procedures Standards:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Disciplinary Procedures 1a (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Disciplinary Procedures 2f Essential (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Total | | | | | | $ 2,000.00 |

## 3. Failure to Meet Records and Reports Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued a non-compliance report to CoreCivic management at the TTCC on February 28, 2020, for failure to meet one (1) Records and Reports Standard. This non-compliance item was a repeat finding from the December 31, 2019, NCR. The plan of corrective action in that NCR detailed updated final staffing reports would be submitted to satisfy the Records and Reports Item 5 finding. During a review of those staffing reports, it was determined that those reports contained errors and did not meet the contract standard. The audit period reviewed for these staffing reports was July 2019–January 2020.

On March 26, 2020, the Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued another non-compliance report to CoreCivic management at the TTCC for failure to meet two (2) Records and Reports Standards. The audit period for these findings is January 1, 2020–March 31, 2020. Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments D-E).

The following summarizes the liquidated damages for failure to meet the Records and Reports Standards:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Records and Reports 5 (Repeat) | 28-Feb-20 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Records and Reports 1a (Repeat) | 26-Mar-20 | 4 | 2 | $ 25.00 | 3 | $ 600.00 |
| Records and Reports 2c Essential (Repeat) | 26-Mar-20 | 4 | 2 | $ 25.00 | 1 | $ 200.00 |
| Total | | | | | | $ 3,800.00 |

## 4. Failure to Meet Security Equipment Standard

The Tennessee Department of Correction (TDOC) Contract Monitors Jon Walton and Chris Brun issued a non-compliance report to CoreCivic management at the TTCC on March 26, 2020, for failure to meet one (1) Security Equipment Standard. The audit period for this finding is January 1, 2020–March 31, 2020. Detailed information concerning this finding is contained in the enclosed non-compliance report (Attachment E).

**TN** Department of Correction

The following summarizes the liquidated damages for failure to meet the Security Equipment Standard:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Security Equipment 3 Essential (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 1 | $500.00 |
| Total | | | | | | $ 500.00 |

## 5. Failure to Meet Special Management Inmate Standards

The Tennessee Department of Correction (TDOC) Contract Monitors Jon Walton and Chris Brun issued a non-compliance report to CoreCivic management at the TTCC on March 26, 2020, for failure to meet Special Management Inmate Standards. The audit period for these findings is January 1, 2020–March 31, 2020. Detailed information concerning these findings is contained in the enclosed non-compliance report (Attachment F).

The following summarizes the liquidated damages for failure to meet seven (7) Special Management Inmate Standards:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Special Management 7b (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Special Management 8a (Repeat) | 26-Mar-20 | 4 | 3 | $ 25.00 | 1 | $ 300.00 |
| Special Management 8b Essential (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Special Management 8c (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 17 | $ 8,500.00 |
| Special Management 9a (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 9 | $ 4,500.00 |
| Special Management 9b (Repeat) | 26-Mar-20 | 2 | 4 | $ 25.00 | 13 | $ 2,600.00 |
| Special Management 10 (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 22 | $ 11,000.00 |
| Total | | | | | | $ 31,400.00 |

## 6. Failure to Meet Behavioral Health and Medical Standards

The TDOC Contract Monitor Jon Walton issued a non-compliance report to CoreCivic management at TTCC on March 26, 2020, for failure to meet Behavioral Health Standards and Medical Standards. The audit period for these findings is October 1, 2019–December 31, 2019. Detailed information concerning these findings is listed in the enclosed non-compliance report (Attachment G).

**TN** Department of Correction

The following summarizes the liquidated damages for failure to meet one (1) Behavioral Health Standard and three (3) Medical Standards:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Behavioral Health 7 Essential (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Health Services 7 (Repeat) | 26-Mar-20 | 4 | 3 | $ 25.00 | 4 | $ 1,200.00 |
| Health Services 8 (Repeat) | 26-Mar-20 | 4 | 3 | $ 25.00 | 5 | $ 1,500.00 |
| Health Services 40 (Repeat) | 26-Mar-20 | 4 | 5 | $ 25.00 | 13 | $ 6,500.00 |
| Total | | | | | | $ 10,200.00 |

## 7. Failure to Meet Staffing 6a and 8 Standards

On February 28, 2020, the TDOC Contract Monitor Jon Walton issued a non-compliance report (Attachment H) to CoreCivic management at TTCC, for failure to meet the Staffing 6a standard. The audit period for this finding is December 1, 2019–December 31, 2019. On February 26, 2020, the TDOC Contract Monitor Jon Walton issued a non-compliance report (Attachment I) to CoreCivic management at TTCC for failure to meet the Staffing 8 Standard. The audit period for this finding is January 1, 2020–January 31, 2020. Detailed information concerning this finding is listed in the enclosed Attachment I.

The following summarizes the liquidated damages for failure to meet the Staffing 6a and Staffing 8 Standards:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Staffing 6a | 28-Feb-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 (Repeat) | 26-Feb-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Total | | | | | | $ 1,000.00 |

## 8. Failure to Fill Critical Posts –Essential (Repeat)

On February 28, 2020, the TDOC Contract Monitor Jon Walton issued a non-compliance report for failure to fill critical posts as required by the contract between the State and CoreCivic for operation of TTCC. The audit period for this finding is December 1, 2019–December 31, 2019. On February 26, 2020, the TDOC Contract Monitor Jon Walton issued a non-compliance report for failure to fill critical posts as required by the contract between the State and CoreCivic for operation of TTCC. The audit period for this finding is January 1, 2020–January 31, 2020. Detailed information concerning these findings is listed in the enclosed non-compliance reports. (Attachments H–I)

Please see Attachment J for the calculation of these liquidated damages. The liquidated damage for failure to fill critical posts is **$27,070.14**.

**TN** Department of
Correction

9. **Failure to Fill Vacancies within 45 Days Less Overtime Costs (Repeat)**

On February 26, 2020, and February 28, 2020, the TDOC Contract Monitor Jon Walton issued a non-compliance report for failure to fill vacancies within forty-five (45) days as required by the contract between the State and CoreCivic for operation of TTCC. Attachment H is for the audit period of December 1, 2019–December 31, 2019, and Attachment I is for the audit period of January 1, 2020–January 31, 2020. The estimated salaries and benefits of these vacant positions are listed in Attachments K–L. Documentation of overtime costs for the months of December 2019–January 2020 is included in Attachments M–N. Detailed information concerning these findings is listed in the enclosed non-compliance reports.

The following summarizes the liquidated damages for failure to fill vacancies within forty-five (45) days:

| NCR Date | Time Period | Daily Salary and Benefits | Overtime Costs Incurred | Resulting Damages |
|----------|-------------|---------------------------|-------------------------|-------------------|
| 28-Feb-20 | Dec-19 | $ 228,756.76 | $ 163,526.11 | $ 65,230.65 |
| 26-Feb-20 | Jan-20 | $259,062.50 | $ 155,377.78 | $ 103,684.72 |
| Total | | | | $ 168,915.37 |

*See attachments K–N for more information.

As a result of these findings of non-compliance and in accordance with Section E.14 and Appendix D of the contract between the State and Trousdale County, I find Trousdale County to be in breach of contract, and I am directing that liquidated damages in the amount of **$251,385.51** be withheld from payment to CoreCivic. The liquidated damages will be deducted from the State's next payment for services under the contract.

I do appreciate Trousdale County's and CoreCivic's ongoing efforts to become fully compliant with the contract and address these issues of non-compliance. I also appreciate the partnership between TDOC, Trousdale County and CoreCivic.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Tony Parker
Commissioner

TP:KY
Enclosures

pc: Raymond Byrd, Warden, TTCC
Charles Keeton, Regional Manager, Facility Operations, Division 6, CoreCivic
Damon Hininger, President & CEO, CoreCivic
Chuck Taylor, Deputy Commissioner/Chief of Staff, TDOC

**TN** Department of
**Correction**

Lisa Parks, Interim Chief Financial Officer, TDOC
Debbie Inglis, Deputy Commissioner/General Counsel, TDOC
Kelly Young, Inspector General, TDOC
Lee Dotson, Assistant Commissioner, Prisons, TDOC
John Fisher, Correctional Administrator, TDOC
Carolyn Jordan, Director, Contract Monitoring, TDOC
Chris Brun, Contract Monitor, TDOC
Jon Walton, Contract Monitor, TDOC



BILL LEE
*GOVERNOR*

TONY PARKER
*COMMISSIONER*

STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8139 ● FAX (615) 532-8281

August 13, 2020

Mr. Branden Bellar
Attorney at Law
516 Main Street North
P.O. Box 192
Carthage, TN 37030

Dear Attorney Bellar:

SUBJECT:  Assessment of Liquidated Damages–Trousdale Turner Correctional Center (TTCC)

This is in response to your July 1, 2020, appeal of certain aspects of TDOC's liquidated damages notice dated June 3, 2020.  Your appeal addresses the following areas of noncompliance:

- Disciplinary Procedures Standards
- Records and Reports Standards
- Release Procedures Standards
- Search Standards
- Special Management Inmate Standards
- Grievance Standards
- Security Equipment Standards
- Use of Force Standards
- Inmate Jobs Standards
- Behavioral Health and Medical Standards
- Overtime Costs Allowance for Vacancies over Forty-Five (45) Days

TDOC policy provides that liquidated damages may be reviewed for reasonableness and adjusted as deemed appropriate.  The liquidated damages have been reviewed based upon your appeal and accompanying documentation.  For the reasons discussed below, the liquidated damages amount is hereby revised from **$212,443.40** to **$208,243.40.**

1. **Disciplinary Procedures Standards**

   Item 2g requires that a disciplinary report be issued for every infraction for which an inmate is segregated pending investigation.  This finding involved the review of four (4) inmates placed on pending investigation status on 10-17-19.  They were all placed in segregation on 10-17-19 and

were still in segregation on 10-21-19, with no pending investigation report entered in the TOMIS LIBK screen. In your appeal, you assert that one inmate received a disciplinary report which resulted in the inmate being placed in "pending hearing" status verses "pending investigation" status. You also state the disciplinary report is dated in TOMIS as 10-16-2019.

The contract monitor conducted a review of your assertions. He confirmed that the review of the NCR findings was conducted 10-21-19. On this date, inmate 497943 was documented by way of the movement confinement packet and in TOMIS, as being placed in segregation pending investigation on 10-17-19. The CMO refused to sign off on the Pending Investigation confinement packet, due to no LIBK entry. As a result, corrected entries were made after the CMO notified the facility of the pending NCR. This is also a repeat finding from 05-19-2019. Therefore, the facility has been put on notice that this is an issue, and it has not been corrected. The CMO has confirming documentation including the original Pending Investigation movement confinement packet and LIBD segregation screen in addition to the LIBK being entered after CMO notification. Therefore, the Department declines to reverse the $2,500.00 assessment.

2. **Records and Reports Standards**

In your appeal, you request that TDOC reconsider both findings for Items 5 & 9 that were assessed for liquidated damages. Item 5 involved the bi-annual review of the monthly staffing reports. Numerous errors were discovered in four (4) of the months reviewed. Due to the volume of inaccuracies and the expectation that complete and accurate reports are to be submitted timely, the Department declines to reverse the $2,000.00 assessment.

Item 9 involved a review of PREA Monitoring Reports on 10-21-2019 and 12-30-2019. It was determined that fifty-six (56) inmate comment entries were past due on 10-21-2019, and twenty-two (22) inmate comment entries were past due on 12-30-2019. This is a repeat finding from 4-30-2019. Therefore, the facility had previous notice of this issue and had not resolved it. As a result, the Department declines to reverse the $11,000.00 assessment.

3. **Release Procedures Standards**

In your appeal, you request that TDOC review the calculation for the assessment of liquidated damages for the failure to meet one (1) Release Procedures Standard. The finding involves one inmate whose sentence expired on 12-25-2019. However, this inmate was held one day beyond his sentence expiration date and was released on 12-26-2019. You request that we consider changing the Relative Value of the Service Area assessed to Area 4 "Release Inmates" versus Service Area 1. This finding does not fall into the category of Release Inmates as that category would more appropriately be used for ensuring released inmates are provided with the necessary requirements at and after release such as medications, appointments, etc. As a result, the Department declines to reverse the $625.00 assessment.

TN Department of Correction

4. **Search Standards**

The finding for Item 3 involved a review of fifty-seven (57) inmate housing movements to ensure that cells were searched prior to the inmate(s) being moved into a new cell. It was determined that ten (10) cells were not searched prior to an inmate being housed in that cell. In your appeal, you state that four (4) of those ten (10) have documentation in TOMIS that the searches were conducted prior to the move. You reference December 4, 2019, and December 6, 2019, as the dates the searches were conducted.

To review your argument, we had our ITS Director pull a report from TOMIS which time stamps when the cell searches were entered into TOMIS. Two of those entries were made on December 10, 2019, and the other two were made on December 11, 2019, and December 19, 2019. All four (4) entries were backdated. Three were dated for December 4, 2019, and one was dated for December 6, 2019. While the dates do match your argument, those cell search dates were not actually entered into TOMIS on those dates. They were entered days later after the facility was put on notice of this finding. As a result, the Department declines to reverse the $5,000.00 assessment.

5. **Special Management Inmate Standards**

In your appeal, you requested a review of the calculation for the assessment of liquidated damages for the failure to meet the Item 9b Standard. Upon review of this calculation, the Service Area Value should be 2 and the Relative Value of the Breach should be 4. As a result of this change, the assessment is reduced from $3,500.00 to $1,400.00.

You also requested a review of the calculation for the assessment of liquidated damages for failure to meet one (1) NIN Standard. This finding involved reviewing the irregular security checks of the segregation units/pods from January 7, 2020, to January 21, 2020. It was determined that there were seven (7) lapses in documented security checks with lapses ranging from over an hour to nearly ten (10) hours. You request specifically that we consider changing the Relative Value of the Breach from 5 (Failure to Comply with Other Applicable Standards) to 3 (Failure to Document). For this finding, the standard was not met because these irregular security checks were not being completed in the time frames required. As a result, the Department declines to reverse the $3,500.00 assessment.

6. **Grievance Standards**

In your appeal, you request that TDOC reconsider the liquidated damage assessments for Items 2c, 2d, and 2f. After reviewing your argument and the documentation provided along with the contract monitor's documentation, we believe your argument has merit. Liquidated damages should not be assessed for these items. As a result, the Department will reverse the $600.00 assessment for those three (3) items.

TN Department of Correction

7. **Security Equipment Standards**

   In your appeal, you request TDOC to consider changing the number of occurrences (for the calculation of liquidated damages) from seven (7) to one (1) for Item 5. This finding involved six (6) .38 caliber rounds of ammunition missing from the jump bag number 5. The number of occurrences is seven (7) because these rounds were missing for seven (7) days. Due to the significance of this finding, the Department declines to reduce the $3,500.00 assessment.

8. **Use of Force Standards**

   In your appeal, you request that TDOC review the assessment of liquidated damages for Items 2a, 2b, 2c, and 2e. After reviewing your arguments and documentation for Item 2a, we will reverse the assessment of $1,500.00.

   For Items 2b and 2c, you argue that the uses of force were reactive (verses proactive) so prior authorization and the video-recording requirement does not apply. We disagree due to the circumstances of those Uses of Force. Upon review of these arguments, the Department declines to reverse the two (2) $1,000.00 assessments.

   Item 2e involved a Use of Force in which prior approval was not possible, and the requirement that the Contract Monitor must be notified within one (1) hour was not met. You requested that TDOC consider changing the Breach Value from 5 (Failure to Comply with Other Standards) to 2 (Failure to Report) in the calculation of liquidated damages. The standard for this item is that the Contract Monitor must be notified within one (1) hour when prior approval is not possible. As a result, the Department declines to reverse the $500.00 assessment.

9. **Jobs Standards**

   In your appeal, you request that TDOC review the number of occurrences used in the calculation of liquidated damages for Item 3. This finding involved sentence credits not being entered by the required date for 630 offenders. It was also determined that not all supervisors had reviewed and provided a signature indicating that these inmates were due their sentence credits. The contractor never notified the Contract Monitor of this failure when it was discovered, instead, they notified the Sentence Management Division staff who then notified the Contract Monitor. The number of occurrences is seven (7) because this standard was not met for seven (7) months (June–December 2019). Due to the significance of this finding, the Department declines to reverse the $4,375.00 assessment.

10. **Behavioral Health and Medical Standards**

    In your appeal, you request TDOC to reconsider the assessment of liquidated damages for Item 12. You argue that the facility received 100 percent compliance in six (6) of the eight (8) categories, and if we average all eight (8) categories measured, then you will meet the 90 percent compliance requirement. However, each item is scored individually and that is how compliance is determined. We do not average the score for multiple items in one (1) standard. Therefore, you

do not meet compliance for Item 12 because you scored 40 percent for Item 12b and 80 percent for 12d. As a result, the Department declines to reverse the $900.00 assessment.

11. **Allowance for Overtime Costs for Failure to Fill Vacancies within 45 Days**

In your appeal, you request TDOC allow credit for the usage of agency nurses to cover two (2) nurse vacancies. As stated in previous letters, we can only allow overtime credit when documentation is provided and is reconcilable. No documentation was provided for us to review. Going forward if you would like agency nurse costs to be considered to offset the assessment for vacancies over forty-five (45) days, this must be provided in response to the noncompliance reports. As a result of no documentation being provided, the Department declines to reverse the $13,823.04 assessment for the two nurse vacancies.

As a result of these adjustments, liquidated damages in the amount of **$208,243.40** will be deducted from the State's next payment for services under the contract.

I do appreciate Trousdale County's and CoreCivic's ongoing efforts to become fully compliant with the contract and address these issues of noncompliance. I also appreciate the partnership between TDOC, Trousdale County, and CoreCivic.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Tony Parker
Commissioner

TP:KY
Enclosures

pc: Raymond Byrd, Warden, TTCC
Charles Keeton, Regional Manager, Facility Operations, Division 6, CoreCivic
Damon Hininger, President & CEO, CoreCivic
Chuck Taylor, Deputy Commissioner/Chief of Staff, TDOC
Lisa Parks, Interim Chief Financial Officer, TDOC
Debbie Inglis, Deputy Commissioner/General Counsel, TDOC
Kelly Young, Inspector General, TDOC
Lee Dotson, Assistant Commissioner, Prisons, TDOC
John Fisher, Correctional Administrator, TDOC
Carolyn Jordan, Director, Contract Monitoring, TDOC
Chris Brun, Contract Monitor, TDOC
Jon Walton, Contract Monitor, TDOC

**TN** Department of
Correction



BILL LEE
*GOVERNOR*

LISA HELTON
*INTERIM COMMISSIONER*

STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8139 • FAX (615) 532-8281

January 6, 2023

Mr. Branden Bellar
Attorney at Law
206D Main Street
P.O. Box 192
Carthage, TN 37070

Dear Mr. Bellar:

**SUBJECT: Assessment of Liquidated Damages Appeal Response for Trousdale Turner Correctional Center (TTCC) for January 1, 2022, to June 30, 2022**

This letter is in response to your above-referenced appeal letter dated December 14, 2022, seeking reconsideration of certain liquidated damage assessments in the Department's January to June 2022 liquidated damages notice. The liquidated damages have been reviewed based upon your appeal and subsequent documentation. For reasons discussed below, the liquidated damages amount is hereby revised from **$2,532,283.92** to **$1,322,063.68**.

Your appeal addresses the following:

- Requested that the former salary rate be used to calculate vacancy fines
- Requested a review of the vacancy spreadsheet to ensure credit was given for vacancies filled within the month
- Requested credits based upon the revised overtime costs submitted
- Requested credit for amounts spent on agency nursing staff
- Requested that the rate used for vacancies be applied to the vacant critical post assessment

*Failure to Fill Vacancies within 45 Days, Less Overtime Costs*

a. In your appeal, you seek reconsideration of the hourly rate used to calculate the vacancy deductions for Correctional Officer, Senior Correctional Officer, Assistant Shift Supervisor, and Unit Manager positions. The salary matrix you provided was used to calculate these damages, but you are correct in that the matrix provided included the additional hourly increase. The rate has been adjusted and the overall vacancy fines assessed was reduced by $432,614.40 bringing the assessment from $3,018,139.54 to $2,585,525.14

b.  The TTCC report was reviewed to ensure credit was given for positions filled within the month. It is of note that the staffing reports were amended by CoreCivic on November 16, 2022, for the period of January to June 2022. The amendment and subsequent review revealed initial errors resulting in a credit due of $1,125.48.

c.  The overtime costs reported were understated by the associated benefits amount. With the additional information provided, the overtime credit will increase from $1,287,325.86 to $1,417,894.57

d.  The registry nursing costs during the 6-month period was calculated to be $606,353.00. A credit will be granted to offset the fines received for vacancies in this area in the amount of $264,527.78. Based on the increase in the costs of providing registry nursing, an additional credit of $213,982.59 will be granted as an offset to vacancy damages assessed.

| Summary of Vacancy Revisions | |
| --- | --- |
| Vacancies - Salaries and Benefits | $2,585,525.14 |
| Less Staffing Report Update Adjustments | $1,125.48 |
| Less Overtime Costs | $1,417,894.57 |
| Less Registry Nursing Fines | $264,527.78 |
| Less Registry Nursing Cost Increase Credit | $213,982.59 |
| **Amended Total** | **$687,994.72** |

*Failure to Fill Critical Posts*

The request to align the assessment amount in this category with the vacancy assessment is granted. The original assessment is reduced by $167,401.28, bringing the assessment from $675,770.24 to $508,368.96.

*Undisputed Amounts*

| | |
| --- | --- |
| Failure to Meet Disciplinary Standard | $42,000.00 |
| Failure to Meet Classification Standard | $42,000.00 |
| Failure to Meet Staffing Standard | $41,700.00 |
| **Total Undisputed Amounts** | **$125,700.00** |

Based upon these credits granted by the Department, the information received in your appeal, and the undisputed amounts, the final assessment of liquidated damages is reduced to **$1,322,063.68.** This amount will be deducted from the State's next payment for services under the contract.

**TN** Department of
Correction

I do appreciate CoreCivic's ongoing efforts to become fully compliant with the contract and address these issues of non-compliance. I also appreciate the partnership between TDOC and CoreCivic.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Lisa Helton
Interim Commissioner

LH:KG

pc: Martin Frink, Warden, TTCC
Vance Laughlin, Regional Manager, Facility Operations, Division 6, CoreCivic
Damon Hininger, President & CEO, CoreCivic
Richard Muckle, Chief of Staff, TDOC
Bo Irvin, Chief Financial Officer, TDOC
Jen Brenner, Deputy General Counsel, TDOC
Lee Dotson, Assistant Commissioner of Prisons, TDOC
Darren Settles, Deputy Assistant Commissioner, TDOC
Trinity Minter, Correctional Administrator, TDOC
Kimberly Gulden, Deputy Inspector General, TDOC
Lisa Parks, Budget & Fiscal Services Director, TDOC
Carolyn Jordan, Director, Contract Monitoring, TDOC
Kristy Carroll-Grimes, Director of Risk Mitigation and Contract Monitoring, TDOC

**TN** Department of
**Correction**

BILL LEE
*GOVERNOR*



LISA HELTON
*INTERIM COMMISSIONER*

STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8139 ● FAX (615) 532-8281

February 22, 2022

Mr. Branden Bellar
Attorney at Law
516 Main Street North
P.O. Box 192
Carthage, TN 37030

Dear Attorney Bellar:

SUBJECT:  Assessment of Liquidated Damages–Trousdale Turner Correctional Center (TTCC)

## 1.  Failure to Meet Behavioral Health Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued three non-compliance reports to CoreCivic management at the TTCC on October 22, 2020, (Attachment A), February 2, 2021, (Attachment B), and June 15, 2021, (Attachment C) for failure to meet Behavioral Health Standards.  The audit period for Attachment A is January 1, 2020–March 31, 2020, for Attachment B is April 1, 2020–September 30, 2020, and for Attachment C is January 1, 2021–March 31, 2021.  Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments A–C).

The following summarizes the liquidated damages for failure to meet thirteen (13) Behavioral Health Standards, as required:

| Audit Standard | NRC Date | Relative Value of the Service Area | Relative View of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Behavioral Health 7 Essential (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Behavioral Health 7 Essential (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 9 | $ 4,500.00 |
| Behavioral Health 7 Essential (Repeat) | 22-Oct-20 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Behavioral Health 8 Essential (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 48 | $ 24,000.00 |
| Behavioral Health 9 Essential (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Behavioral Health 9 Essential (Repeat) | 22-Oct-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Behavioral Health 12 Essential (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Behavioral Health 12 Essential (Repeat) | 22-Oct-20 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Behavioral Health 21 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 16 | $ 8,000.00 |
| Behavioral Health 21 (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 43 | $ 21,500.00 |
| Behavioral Health 25 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Behavioral Health 64 Essential (Repeat) | 15-Jun-21 | 4 | 3 | $ 25.00 | 4 | $ 1,200.00 |
| Behavioral Health 66 Essential (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 5 | $ 2,500.00 |
| **Total Damages** | | | | | | **$ 70,700.00** |

## 2. Failure to Meet Classification Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued a non-compliance report to CoreCivic management at the TTCC on April 23, 2021, and April 30, 2021, for failure to meet Classification Standards.  The audit period for Attachment D is January 1, 2021–June 30, 2021, and the audit period for Attachment E is January 1, 2021–March 31, 2021.

Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments D–E).

The following summarizes the liquidated damages for failure to meet two (2) Classification Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Classification 1e Essential (Repeat) | 30-Apr-21 | 5 | 5 | $ 25.00 | 2 | $ 1,250.00 |
| Classification NIN (RNA) (Repeat) | 23-Apr-21 | 5 | 5 | $ 25.00 | 17 | $ 10,625.00 |
| Total Damages | | | | | | $ 11,875.00 |

## 3. Failure to Meet Count Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued three (3) non-compliance reports to CoreCivic management at the TTCC on August 4, 2020, (Attachment F), February 1, 2021, (Attachment G), and April 23, 2021, (Attachment H), for failure to meet Count Standards.  The audit period for Attachment F is April 1, 2020–July 31, 2020, for Attachment G is July 1, 2020–December 31, 2020, and for Attachment H is January 1, 2021–March 31, 2021.  Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments F–H).

The following summarizes the liquidated damages for failure to meet ten (10) Count Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Count Item 1b (Repeat) | 1-Feb-21 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Count Item 2a (Essential) (Repeat) | 23-Apr-21 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Count Item 2a (Essential) (Repeat) | 1-Feb-21 | 4 | 5 | $ 25.00 | 5 | $ 2,500.00 |
| Count Item 2f (Essential) (Repeat) | 23-Apr-21 | 4 | 5 | $ 25.00 | 27 | $ 13,500.00 |
| Count Item 2f (Essential) (Repeat) | 1-Feb-21 | 4 | 5 | $ 25.00 | 8 | $ 4,000.00 |
| Count Item 4 (Repeat) | 1-Feb-21 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Count Item 4 (Repeat) | 4-Aug-20 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Count Item 6a (Essential) (Repeat) | 23-Apr-21 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Count Item 6a (Essential) (Repeat) | 1-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Count Item 6a (Essential) (Repeat) | 4-Aug-20 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Total Damages | | | | | | $ 29,500.00 |

## 4. Failure to Meet Disciplinary Procedure Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued two (2) non-compliance reports to CoreCivic management at the TTCC on April 4, 2020, (Attachment I), and again on April 23, 2021, (Attachment J), for failure to meet Disciplinary Procedure Standards. The audit period for Attachment I is April 1, 2020–June 30, 2020, and the audit period for Attachment J is January 1, 2021–March 31, 2021. Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments I–J).

The following summarizes the liquidated damages for failure to meet two (2) Disciplinary Procedure Standards, as required:

| Audit Standard | NCR Date | Relative Valueof the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Disciplinary Procedures 1a (Repeat) | 23-Apr-21 | 5 | 5 | $ 25.00 | 6 | $ 3,750.00 |
| Disciplinary Procedures 2f Essential (Repeat) | 4-Aug-20 | 5 | 5 | $ 25.00 | 7 | $ 4,375.00 |
| Total Damages | | | | | | $ 8,125.00 |

**5.** **Failure to Meet Drug Testing Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued a non-compliance report to CoreCivic management at the TTCC on February 25, 2021, for failure to meet Drug Testing Standards. The audit period for this finding is July 1, 2020–December 31, 2020. Detailed information concerning this finding is contained in the enclosed non-compliance report (Attachment K).

The following summarizes the liquidated damages for failure to meet one (1) Drug Testing Standard, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Drug Testing 3d Essential (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| **Total Damages** | | | | | | **$ 2,000.00** |

**6.** **Failure to Meet Grievance Standards**

The TDOC Contract Monitor Jon Walton issued three (3) non-compliance reports to CoreCivic management at TTCC on April 4, 2020, (Attachment L), February 1, 2021, (Attachment M), and April 23, 2021, (Attachment N), for failure to meet Grievance Standards. The audit period for these findings in Attachment L is January 1, 2020–June 30, 2020, for Attachment M is July 1, 2020–December 31, 2020, and for Attachment N is January 1, 2021–June 30, 2021. Detailed information concerning these findings is listed in the enclosed non-compliance reports (Attachments L–N).

The following summarizes the liquidated damages for failure to meet four (4) Grievance Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Grievance 1 (Repeat) | 1-Feb-21 | 2 | 4 | $ 25.00 | 2 | $ 400.00 |
| Grievance 1 (Repeat) | 4-Aug-20 | 2 | 4 | $ 25.00 | 10 | $ 2,000.00 |
| Grievance 2c (Repeat) | 23-Apr-21 | 2 | 4 | $ 25.00 | 11 | $ 2,200.00 |
| Grievance 2d (Repeat) | 23-Apr-21 | 2 | 4 | $ 25.00 | 11 | $ 2,200.00 |
| **Total Damages** | | | | | | **$ 6,800.00** |

TN Department of Correction

**7.** **Failure to Meet Health Services Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued three non-compliance reports to CoreCivic management at the TTCC on October 22, 2020, (Attachment A), February 2, 2021, (Attachment B), and June 15, 2021, (Attachment C) for failure to meet Health Services Standards. The audit period for Attachment A is January 1, 2020–March 31, 2020, for Attachment B is April 1, 2020–September 30, 2020, and for Attachment C is January 1, 2021–March 31, 2021. Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments A–C).

The following summarizes the liquidated damages for failure to meet twenty-three (23) Health Services standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Health Services 5 (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 10 | $ 5,000.00 |
| Health Services 5 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Health Services 9 (Repeat) | 22-Oct-20 | 4 | 3 | $ 25.00 | 7 | $ 2,100.00 |
| Health Services 10 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 10 | $ 5,000.00 |
| Health Services 11 (Repeat) | 2-Feb-21 | 4 | 3 | $ 25.00 | 5 | $ 1,500.00 |
| Health Services 11 (Repeat) | 15-Jun-21 | 4 | 3 | $ 25.00 | 20 | $ 6,000.00 |
| Health Services 24 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 19 | $ 9,500.00 |
| Health Services 29 Essential (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Health Services 37 (Repeat) | 15-Jun-21 | 4 | 3 | $ 25.00 | 19 | $ 5,700.00 |
| Health Services 40 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 18 | $ 9,000.00 |
| Health Services 40 (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 13 | $ 6,500.00 |
| Health Services 40 (Repeat) | 22-Oct-20 | 4 | 5 | $ 25.00 | 13 | $ 6,500.00 |
| Health Services 46 (Repeat) | 15-Jun-21 | 4 | 3 | $ 25.00 | 3 | $ 900.00 |
| Health Services 48 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 10 | $ 5,000.00 |
| Health Services 53 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 33 | $ 16,500.00 |
| Health Services 53 (Repeat) | 15-Jun-21 | 4 | 3 | $ 25.00 | 18 | $ 5,400.00 |
| Health Services 53 (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 112 | $ 56,000.00 |
| Health Services 53 (Repeat) | 2-Feb-21 | 4 | 3 | $ 25.00 | 9 | $ 2,700.00 |
| Health Services 53 (Repeat) | 22-Oct-20 | 4 | 5 | $ 25.00 | 52 | $ 26,000.00 |
| Health Services 54 (Repeat) | 15-Jun-21 | 4 | 3 | $ 25.00 | 7 | $ 2,100.00 |
| Health Services 59 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Health Services 59 (Repeat) | 2-Feb-21 | 4 | 5 | $ 25.00 | 11 | $ 5,500.00 |
| Health Services 60 (Repeat) | 15-Jun-21 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Total Damages | | | | | | $ 185,400.00 |

8.   **Failure to Meet Inmate Jobs Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued a non-compliance report to CoreCivic management at the TTCC on August 5, 2020, for failure to meet Inmate Jobs Standards. The audit period for this finding is January 1, 2020–June 30, 2020. Detailed information concerning this finding is contained in the enclosed non-compliance report (Attachment O).

The following summarizes the liquidated damages for failure to meet one (1) Inmate Jobs Standard, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Inmate Jobs 3 (Repeat) | 5-Aug-20 | 5 | 5 | $ 25.00 | 1 | $ 625.00 |
| Total Damages | | | | | | $ 625.00 |

9.   **Failure to Meet Policies and Procedure Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued a non-compliance report to CoreCivic management at the TTCC on February 25, 2021, for failure to meet Policies and Procedures Standards. The audit period for this finding is July 1, 2020–December 31, 2020. Detailed information concerning this finding is contained in the enclosed non-compliance report (Attachment P).

The following summarizes the liquidated damages for failure to meet one (1) Policies and Procedures Standard, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Policies and Procedures NIN2 (Security Escort) | 25-Feb-21 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Total Damages | | | | | | $ 1,000.00 |

10.  **Failure to Meet Records and Reports Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued four (4) non-compliance reports to CoreCivic management at the TTCC on August 4, 2020, (Attachment Q), September 25, 2020, (Attachment R), February 1, 2021, (Attachment S), and April 23, 2021, (Attachment T) for failure to meet Records and Reports Standards. The audit period for Attachment Q is January 1, 2020–June 30, 2020, for Attachment R is July 1, 2020–September 30, 2020, for Attachment S is July 1, 2020–December 31, 2020, and for Attachment T

is January 1, 2021–March 31, 2021.  Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments Q–T).

The following summarizes the liquidated damages for failure to meet eleven (11) Records and Reports standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Records and Reports 1a (Repeat) | 23-Apr-21 | 4 | 2 | $ 25.00 | 4 | $ 800.00 |
| Records and Reports 1a (Repeat) | 1-Feb-21 | 4 | 2 | $ 25.00 | 8 | $ 1,600.00 |
| Records and Reports 1a (Repeat) | 4-Aug-20 | 4 | 2 | $ 25.00 | 2 | $ 400.00 |
| Records and Reports 2b | 1-Feb-21 | 4 | 3 | $ 25.00 | 7 | $ 2,100.00 |
| Records and Reports 2c Essential (Repeat) | 23-Apr-21 | 4 | 2 | $ 25.00 | 6 | $ 1,200.00 |
| Records and Reports 2c Essential (Repeat) | 1-Feb-21 | 4 | 2 | $ 25.00 | 4 | $ 800.00 |
| Records and Reports 2c Essential (Repeat) | 4-Aug-20 | 4 | 3 | $ 25.00 | 4 | $ 1,200.00 |
| Records and Reports 5 (Repeat) | 25-Sep-20 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Records and Reports 9 (Repeat) | 23-Apr-21 | 4 | 3 | $ 25.00 | 3 | $ 900.00 |
| Records and Reports 9 (Repeat) | 1-Feb-21 | 4 | 3 | $ 25.00 | 2 | $ 600.00 |
| Records and Reports 9 (Repeat) | 4-Aug-20 | 4 | 3 | $ 25.00 | 3 | $ 900.00 |
| Total Damages | | | | | | $ 13,500.00 |

## 11. Failure to Release Procedures Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued two (2) non-compliance reports to CoreCivic management at the TTCC on August 4, 2020, (Attachment U), and again on February 1, 2021, (Attachment V), for failure to meet Release Procedures Standards. The audit period for Attachment U is January 1, 2020–June 30, 2020, and the audit period for Attachment V is July 1, 2020–December 31, 2020. Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments U–V).

The following summarizes the liquidated damages for failure to meet two (2) Release Procedures Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Release Procedures and Pre-Release 1f | 4-Aug-20 | 4 | 2 | $ 25.00 | 1 | $ 200.00 |
| Release Procedures and Pre-Release 1f Essential (Repeat) | 1-Feb-21 | 5 | 4 | $ 25.00 | 3 | $ 1,500.00 |
| Total Damages | | | | | | $ 1,700.00 |

## 12. Failure to Meet Safety and Emergency Procedures Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued a non-compliance report to CoreCivic management at the TTCC on February 1, 2021, for failure to meet Safety and Emergency Procedures Standards. The audit period for this finding is July 1, 2020–December 31, 2020. Detailed information concerning this finding is contained in the enclosed non-compliance report (Attachment W).

The following summarizes the liquidated damages for failure to meet one (1) Safety and Emergency Procedures Standard, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Safety and Emergency Procedures item 2b (Repeat) | 1-Feb-21 | 3 | 4 | $25 | 4 | $ 1,200.00 |
| Total Damages | | | | | | $ 1,200.00 |

**13.  Failure to Meet Search Standards**

The TDOC Contract Monitor Jon Walton issued three (3) non-compliance reports to CoreCivic management at TTCC on August 4, 2020, (Attachment X), February 1, 2021, (Attachment Y), and April 23, 2021, (Attachment Z), for failure to meet Search standards.  The audit period for these findings in Attachment X is April 1, 2020–June 30, 2020, for Attachment Y is July 1, 2020–December 31, 2020, and for Attachment Z is January 1, 2021–March 31, 2021.  Detailed information concerning these findings is listed in the enclosed non-compliance reports (Attachments X–Z).

The following summarizes the liquidated damages for failure to meet three (3) Search Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Searches 3 (Repeat) | 23-Apr-21 | 4 | 5 | $25 | 12 | $ 6,000.00 |
| Searches 3 (Repeat) | 1-Feb-21 | 4 | 5 | $25 | 15 | $ 7,500.00 |
| Searches 3 (Repeat) | 4-Aug-20 | 4 | 5 | $25 | 7 | $ 3,500.00 |
| Total Damages | | | | | | $ 17,000.00 |

**14.  Failure to Meet Security Equipment Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued four (4) non-compliance reports to CoreCivic management at the TTCC on August 4, 2020, (Attachment AA), February 25, 2021, (Attachment BB), April 23, 2021, (Attachment CC), and April 30, 2021, (Attachment DD) for failure to meet Security Equipment Standards.  The audit period for Attachment AA is January 1, 2020–June 30, 2020, for Attachment BB is July 1, 2020–December 31, 2020, for Attachment CC is January 1, 2021–March 31, 2021, and for Attachment DD is October 1, 2020–March 31, 2021.  Detailed information concerning these findings is listed in the enclosed non-compliance reports (Attachments AA–DD).

The following summarizes the liquidated damages for failure to meet eleven (11) Security Equipment Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Security Equipment 11a Essential (Repeat) | 4-Aug-20 | 4 | 5 | $25.00 | 8 | $ 4,000.00 |
| Security Equipment 11g Essential (Repeat) | 30-Apr-21 | 4 | 5 | $25.00 | 18 | $ 9,000.00 |
| Security Equipment 11g Essential (Repeat) | 4-Aug-20 | 4 | 5 | $25.00 | 10 | $ 5,000.00 |
| Security Equipment 2 Essential (Repeat) | 25-Feb-21 | 4 | 5 | $25.00 | 1 | $ 500.00 |
| Security Equipment 2 Essential (Repeat) | 4-Aug-20 | 4 | 5 | $25.00 | 1 | $ 500.00 |
| Security Equipment 3 Essential (Repeat) | 23-Apr-21 | 4 | 5 | $25.00 | 2 | $ 1,000.00 |
| Security Equipment 3 Essential (Repeat) | 25-Feb-21 | 4 | 5 | $25.00 | 2 | $ 1,000.00 |
| Security Equipment 4 (Repeat) | 23-Apr-21 | 4 | 5 | $25.00 | 2 | $ 1,000.00 |
| Security Equipment 5 Essential (Repeat) | 4-Aug-20 | 4 | 5 | $25.00 | 3 | $ 1,500.00 |
| Security Equipment NIN (Armed Escort Supervision) | 25-Feb-21 | 4 | 5 | $25.00 | 1 | $ 500.00 |
| Security Equipment NIN (Perimeter Patrol Equipment) | 25-Feb-21 | 4 | 5 | $25.00 | 4 | $ 2,000.00 |
| Total Damages | | | | | | $ 26,000.00 |

**15. Failure to Meet Special Management Inmate Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued four (4) non-compliance reports to CoreCivic management at the TTCC on August 4, 2020, (Attachment EE), February 25, 2021, (Attachment FF), April 23, 2021, (Attachment GG), and April 30, 2021, (Attachment HH) for failure to meet Special Management Inmate Standards. The audit period for Attachment EE is April 1, 2020–June 30, 2020, for Attachment FF is July 1, 2020–December 31, 2020, and for Attachment GG and HH is January 1, 2021–March 31, 2021. Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments EE–HH).

The following summarizes the liquidated damages for failure to meet eighteen (18) Special Management Inmate standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Special Management 10 (Repeat) | 23-Apr-21 | 4 | 5 | $ 25.00 | 20 | $ 10,000.00 |
| Special Management 10 (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 37 | $ 18,500.00 |
| Special Management 10 (Repeat) | 4-Aug-20 | 4 | 5 | $ 25.00 | 16 | $ 8,000.00 |
| Special Management 11 (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Special Management 2b Essential (Repeat) | 30-Apr-21 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Special Management 7b Essential (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Special Management 8a Essential (Repeat) | 25-Feb-21 | 4 | 3 | $ 25.00 | 4 | $ 1,200.00 |
| Special Management 8b Essential (Repeat) | 4-Aug-20 | 4 | 3 | $ 25.00 | 3 | $ 900.00 |
| Special Management 8c (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Special Management 8c (Repeat) | 4-Aug-20 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Special Management 8d (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 14 | $ 7,000.00 |
| Special Management 8d (Repeat) | 4-Aug-20 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Special Management 9a (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 34 | $ 17,000.00 |
| Special Management 9a (Repeat) | 4-Aug-20 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Special Management 9b (Repeat) | 23-Apr-21 | 2 | 4 | $ 25.00 | 20 | $ 4,000.00 |
| Special Management 9b (Repeat) | 25-Feb-21 | 2 | 4 | $ 25.00 | 69 | $ 13,800.00 |
| Special Management 9b (Repeat) | 4-Aug-20 | 2 | 4 | $ 25.00 | 12 | $ 2,400.00 |
| Special Management 9e Essential (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| **Total Damages** | | | | | | **$ 101,300.00** |

16. **Failure to Meet Use of Force Standards**

The TDOC Contract Monitor Jon Walton issued three (3) non-compliance reports to CoreCivic management at TTCC on August 4, 2020, (Attachment II), February 25, 2021, (Attachment JJ), and April 23, 2021, (Attachment KK), for failure to meet Use of Force Standards. The audit period for these findings in Attachment II is January 1, 2020–June 30, 2020, for Attachment JJ is July 1, 2020–December 31, 2020, and for Attachment KK is January 1, 2021–March 31, 2021. Detailed information concerning these findings is listed in the enclosed non-compliance reports (Attachments II–KK).

The following summarizes the liquidated damages for failure to meet eight (8) Use of Force Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Use of Force 2a (Repeat) | 23-Apr-21 | 4 | 3 | $ 25.00 | 6 | $ 1,800.00 |
| Use of Force 2b | 23-Apr-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Use of Force 2c (Repeat) | 23-Apr-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Use of Force 2c (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Use of Force 2d (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 5 | $ 2,500.00 |
| Use of Force 2d (Repeat) | 4-Aug-20 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Use of Force 2e Essential (Repeat) | 23-Apr-21 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Use of Force 2e Essential (Repeat) | 25-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Total Damages | | | | | | $ 10,300.00 |

17. **Failure to Meet Staffing Standards**

The Tennessee Department of Correction (TDOC) Contract Monitor Jon Walton issued twelve (12) non-compliance reports to CoreCivic management at the TTCC on September 25, 2020, (Attachments LL–PP), February 25, 2021, (Attachments QQ–TT), April 23, 2021, (Attachment UU), April 30, 2021, (Attachment VV), and May 25, 2021, (Attachment WW) for failure to meet Staffing Standards. Detailed information concerning these findings is contained in the enclosed non-compliance reports (Attachments LL–WW).

The following summarizes the liquidated damages for failure to meet seventeen (17) Staffing standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Staffing 1b DEC | 25-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 1b MARCH (Repeat) | 30-Apr-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 2a DEC Essential | 25-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 2a MARCH Essential (Repeat) | 30-Apr-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 6a JUNE (Repeat) 2020 | 25-Sep-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 6b APRIL (Repeat) 2021 | 25-May-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 6b JULY (Repeat) 2020 | 25-Sep-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 APRIL (Repeat) 2021 | 25-May-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 AUG (Repeat) 2020 | 25-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 FEB (Repeat) 2020 | 25-Sep-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 FEB (Repeat) 2021 | 23-Apr-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 JULY (Repeat) 2020 | 25-Sep-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 JUNE (Repeat) 2020 | 25-Sep-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 MAR (Repeat) 2020 | 25-Sep-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 MAY (Repeat) 2020 | 25-Sep-20 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 OCT (Repeat) 2020 | 25-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Staffing 8 SEPT (Repeat) 2020 | 25-Feb-21 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Total Damages | | | | | | $ 8,500.00 |

**18.** **Failure to Fill Critical Posts**

On September 25, 2020, February 25, 2021, April 23, 2021, and on May 25, 2021, the TDOC Contract Monitor Jon Walton issued non-compliance reports for failure to fill critical posts as required by the contract between the State and CoreCivic, for operation of TTCC.  The audit period for these findings is February 1, 2020–April 30, 2021. Detailed information concerning these findings is listed in the enclosed non-compliance reports.  (Attachments LL–UU, WW–AAA) The liquidated damages for failure to fill critical posts is **$1,685,538.87**.

The following summarizes the liquidated damages for failure to meet fill Critical Posts, as required:

| Audit Standard | NCR Date | Number of Occurrences | Total Damages |
|---|---|---|---|
| Staffing 2b Essential APRIL (Repeat) 2020 | 25-Sep-20 | 185 | $ 40,775.69 |
| Staffing 2b Essential APRIL (Repeat) 2021 | 25-May-21 | 466 | $ 166,003.47 |
| Staffing 2b Essential AUG (Repeat) 2020 | 25-Feb-21 | 235 | $ 69,489.58 |
| Staffing 2b Essential DEC (Repeat) 2020 | 25-Feb-21 | 733 | $ 281,165.97 |
| Staffing 2b Essential FEB (Repeat) 2020 | 25-Sep-20 | 94 | $ 24,213.19 |
| Staffing 2b Essential FEB (Repeat) 2021 | 23-Apr-21 | 433 | $ 147,479.17 |
| Staffing 2b Essential JAN (Repeat) 2021 | 23-Apr-21 | 594 | $ 224,061.11 |
| Staffing 2b Essential JULY (Repeat) 2020 | 25-Sep-20 | 207 | $ 59,747.22 |
| Staffing 2b Essential JUNE(Repeat) 2020 | 25-Sep-20 | 97 | $ 27,319.44 |
| Staffing 2b Essential MAR (Repeat) 2020 | 25-Sep-20 | 96 | $ 24,059.03 |
| Staffing 2b Essential MAR (Repeat) 2021 | 23-Apr-21 | 500 | $ 177,425.69 |
| Staffing 2b Essential MAY (Repeat) 2020 | 25-Sep-20 | 196 | $ 58,541.67 |
| Staffing 2b Essential NOV (Repeat) 2020 | 25-Feb-21 | 605 | $ 235,471.53 |
| Staffing 2b Essential OCT (Repeat) 2020 | 25-Feb-21 | 363 | $ 102,927.78 |
| Staffing 2b Essential SEPT(Repeat) 2020 | 25-Feb-21 | 176 | $ 46,858.33 |
| **Total Damages** | | 4980 | **$ 1,685,538.87** |

Please see Attachments BBB–PPP for the calculation of these liquidated damages.

**19. Failure to Fill Vacancies within 45 Days Less Overtime Costs**

On September 25, 2020, February 25, 2021, April 23, 2021, April 30, 2021, and May 25, 2021, the TDOC Contract Monitor Jon Walton issued a non-compliance report for failure to fill vacancies with forty-five (45) days as required by the contract between the State and CoreCivic, for operation of TTCC. The audits periods for these findings is February 2020–April 2021 (Attachments LL – ZZ). The estimated salaries and benefits of these vacant positions are listed in Attachments QQQ–EEEE. Documentation of overtime costs for the months of February 2020–April 2021 is included in Attachments FFFF–TTTT. Detailed information concerning these findings is listed in the enclosed non-compliance reports (Attachments QQQ–EEEE).

The following summarizes the liquidated damages for failure to fill vacancies within forty-five (45) days, as required:

| Audit Standard | NCR Date | Time Period | Estimated Daily Salary | Overtime Costs | Resulting Damages |
|---|---|---|---|---|---|
| Staffing 9 Essential (Repeat) | 25-Sep-20 | Apr-20 | $ 364,996.29 | $ 179,705.77 | $ 185,290.52 |
| Staffing 9 Essential (Repeat) | 25-May-21 | Apr-21 | $ 440,848.40 | $ 60,996.61 | $ 379,851.79 |
| Staffing 9 Essential (Repeat) | 25-Feb-21 | Aug-20 | $ 428,890.88 | $ 191,673.49 | $ 237,217.39 |
| Staffing 9 Essential (Repeat) | 25-Feb-21 | Dec-20 | $ 691,556.93 | $ 55,800.16 | $ 635,756.77 |
| Staffing 9 Essential (Repeat) | 25-Sep-20 | Feb-20 | $ 253,503.14 | $ 128,868.88 | $ 124,634.26 |
| Staffing 9 Essential Repeat) | 23-Apr-21 | Feb-21 | $ 467,759.42 | $ 53,273.42 | $ 414,486.00 |
| Staffing 9 Essential (Repeat) | 23-Apr-21 | Jan-21 | $ 596,268.65 | $ 55,846.55 | $ 540,422.10 |
| Staffing 9 Essential (Repeat) | 25-Sep-20 | Jul-20 | $ 306,583.45 | $ 178,205.13 | $ 128,378.32 |
| Staffing 9 Essential (Repeat) | 25-Sep-20 | Jun-20 | $ 292,739.03 | $ 169,700.52 | $ 123,038.51 |
| Staffing 9 Essential (Repeat) | 25-Sep-20 | Mar-20 | $ 235,520.90 | $ 204,634.25 | $ 30,886.65 |
| Staffing 9 Essential (Repeat) | 30-Apr-21 | Mar-21 | $ 437,460.57 | $ 60,030.04 | $ 377,430.53 |
| Staffing 9 Essential (Repeat) | 25-Sep-20 | May-20 | $ 322,670.59 | $ 134,896.14 | $ 187,774.45 |
| Staffing 9 Essential (Repeat) | 25-Feb-21 | Nov-20 | $ 641,650.57 | $ 110,825.72 | $ 530,824.86 |
| Staffing 9 Essential (Repeat) | 25-Feb-21 | Oct-20 | $ 529,080.82 | $ 152,079.16 | $ 377,001.66 |
| Staffing 9 Essential (Repeat) | 25-Feb-21 | Sep-20 | $ 459,108.46 | $ 189,895.59 | $ 269,212.87 |
| **Total Damages** | | | | | **$ 4,542,206.68** |

*See attachments QQQ–EEEE for more information.



As a result of these findings of non-compliance and in accordance with Section E.14 and Appendix D of the contract between the State and Trousdale County, I find Trousdale County to be in breach of contract, and I am directing that liquidated damages in the amount of **$6,723,270.55** be withheld from payment to CoreCivic. You have the right to appeal this assessment within 30 days of your receipt of this letter. After review of your appeal, I will determine the final amount of liquidated damages to be assessed. The liquidated damages will then be deducted from the State's next payment for services under the contract.

I do appreciate Trousdale County's and CoreCivic's ongoing efforts to become fully compliant with the contract and address these issues of non-compliance. I also appreciate the partnership between TDOC, Trousdale County, and CoreCivic.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Lisa Helton
Interim Commissioner

LH:KY
Enclosures

pc: Martin Frink, Warden, TTCC
Vance Laughlin, Regional Manager, Facility Operations, Division 6, CoreCivic
Damon Hininger, President & CEO, CoreCivic
Bo Irvin, Chief Financial Officer, TDOC
Debbie Inglis, Deputy Commissioner/General Counsel, TDOC
Lee Dotson, Assistant Commissioner, Prisons, TDOC
John Fisher, Correctional Administrator, TDOC
Kelly Young, Inspector General, TDOC
Lisa Parks, Director of Budget & Fiscal Services
Carolyn Jordan, Director, Contract Monitoring, TDOC
Chris Brun, Contract Monitor, TDOC
Jon Walton, Contract Monitor, TDOC

**TN** Department of
**Correction**

BILL LEE
*GOVERNOR*



TONY PARKER
*COMMISSIONER*

STATE OF TENNESSEE
DEPARTMENT OF CORRECTION
SIXTH FLOOR RACHEL JACKSON BUILDING
320 SIXTH AVENUE NORTH
NASHVILLE, TENNESSEE 37243-0465
OFFICE (615) 253-8139 ● FAX (615) 532-8281

March 16, 2020

Mr. Branden Bellar
Attorney at Law
206D Main Street
P.O. Box 192
Carthage, TN 37070

Dear Attorney Bellar:

SUBJECT: Assessment of Liquidated Damages–Trousdale Turner Correctional Center (TTCC)

## 1. Failure to Meet Special Management Inmate Standards

The Tennessee Department of Correction (TDOC) Contract Monitor Chris Brun issued a non-compliance report to CoreCivic management at the TTCC on October 31, 2019, for failure to meet four (4) Special Management Inmate standards. The audit period for these findings is July 1, 2019–September 30, 2019. Detailed information concerning these findings is contained in the enclosed non-compliance report (Attachment A).

The following summarizes the liquidated damages for failure to meet Special Management Inmate Standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Special Management 7b Repeat | 31-Oct-19 | 5 | 5 | $ 25.00 | 3 | $ 1,875.00 |
| Special Management 8b Essential Repeat | 31-Oct-19 | 5 | 5 | $ 25.00 | 6 | $ 3,750.00 |
| Special Management 8c Repeat | 31-Oct-19 | 5 | 5 | $ 25.00 | 3 | $ 1,875.00 |
| Special Management 10 Repeat | 31-Oct-19 | 2 | 1 | $ 25.00 | 5 | $ 250.00 |
| Total | | | | | | $ 7,750.00 |

## 2. Failure to Meet Security Equipment Standards

On October 31, 2019, the TDOC Contract Monitors Brad Cotham and Chris Brun issued a non-compliance report (Attachment B) to CoreCivic management at the TTCC, for failure to meet three (3) Security Equipment standards. The audit period for these findings is July 1, 2019–September 30, 2019. Detailed information concerning these findings is listed in the enclosed non-compliance report.

The following summarizes the liquidated damages for failure to meet Security Equipment standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Security Equipment 3 Essential Repeat | 31-Oct-19 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Security Equipment 11g Essential Repeat | 31-Oct-19 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Security Equipment 12b Essential | 31-Oct-19 | 4 | 5 | $ 25.00 | 22 | $ 11,000.00 |
| Total | | | | | | $ 14,500.00 |

### 3. Failure to Meet Count Standards

On September 30, 2019, the TDOC Contract Monitors Brad Cotham and Chris Brun issued a non-compliance report (Attachment C) to CoreCivic management at TTCC, for failure to meet four (4) Count standards. The audit period for these findings is July 1, 2019–September 30, 2019. Detailed information concerning these findings is listed in the enclosed non-compliance report.

The following detailed the liquidated damages for failure to meet Count standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Count Procedures 1a Essential Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Count Procedures 2d Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Count Procedures 4 | 30-Sep-19 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Count Procedures 6a Essential Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Total | | | | | | $ 4,000.00 |

### 4. Failure to Meet Search Standard

On October 31, 2019, the TDOC Contract Monitors Brad Cotham and Chris Brun issued a non-compliance report (Attachment D) to CoreCivic management at TTCC, for failure to meet one (1) Search standard. The audit period for this finding is July 1, 2019–September 30, 2019. Detailed information concerning this finding is listed in the enclosed non-compliance report.

The following summarizes the liquidated damages for failure to meet the Search standard, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Searches 3 Essential | 31-Oct-19 | 4 | 5 | $ 25.00 | 7 | $ 3,500.00 |
| Total | | | | | | $ 3,500.00 |



**TN** Department of **Correction**

## 5. Failure to Meet Behavioral Health and Medical Standards

On September 30, 2019, the TDOC Contract Monitor Brad Cotham issued a non-compliance report to CoreCivic management at TTCC, for failure to meet Behavioral Health standards and Medical standards. The audit period for these findings is April 1, 2019–June 30, 2019. Detailed information concerning these findings is listed in the enclosed non-compliance report (Attachment E).

The following summarizes the liquidated damages for failure to meet five (5) Behavioral Health and eight (8) Medical standards, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Behavioral Health 8a Essential Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Behavioral Health 8b Essential Repeat | 30-Sep-19 | 4 | 3 | $ 25.00 | 7 | $ 2,100.00 |
| Behavioral Health 9 Essential Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Behavioral Health 12 Essential Repeat | 30-Sep-19 | 4 | 3 | $ 25.00 | 6 | $ 1,800.00 |
| Behavioral Health 15 Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 10 | $ 5,000.00 |
| Behavioral Health 22 | 30-Sep-19 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Medical 3 Essential Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 3 | $ 1,500.00 |
| Medical 9 Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Medical 12 Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 6 | $ 3,000.00 |
| Medical 18 Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 5 | $ 2,500.00 |
| Medical 30 Essential | 30-Sep-19 | 4 | 5 | $ 25.00 | 1 | $ 500.00 |
| Medical 33 Essential Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 2 | $ 1,000.00 |
| Medical 40 Repeat | 30-Sep-19 | 4 | 5 | $ 25.00 | 16 | $ 8,000.00 |
| Medical 53 | 30-Sep-19 | 4 | 5 | $ 25.00 | 4 | $ 2,000.00 |
| Total | | | | | | $ 35,400.00 |

## 6. Failure to Meet Clothing, Sanitation, and Hygiene Standard

On September 30, 2019, the TDOC Contract Monitor Brad Cotham issued a non-compliance report to CoreCivic management at TTCC, for failure to meet one (1) Clothing, Sanitation, and Hygiene standard. The dates of observation for this finding are April 17, 2019, and July 12, 2019. Detailed information concerning this finding is listed in the enclosed non-compliance report (Attachment F).

The following summarizes the liquidated damages for failure to meet the Clothing, Sanitation, and Hygiene standard, as required:

| Audit Standard | NCR Date | Relative Value of the Service Area | Relative Value of the Breach | Contract Multiplier | Number of Occurrences | Total Damages |
|---|---|---|---|---|---|---|
| Clothing, Sanitation, Hygiene NIN | 30-Sep-19 | 5 | 5 | $ 25.00 | 8 | $ 5,000.00 |
| Total | | | | | | $ 5,000.00 |



**TN** Department of **Correction**

### 7. Failure to Fill Critical Posts –Essential <span style="color:red">(Repeat)</span>

On September 30, 2019, and October 31, 2019, the TDOC Contract Monitor Brad Cotham issued a non-compliance report for failure to fill critical posts as required by the contract between the State and Core Civic, for operation of TTCC. Attachment G is for the audit period of July 1, 2019–July 31, 2019, Attachment H is for the audit period of August 1, 2019–August 30, 2019, and Attachment I is for the audit period of September 1, 2019–September 30, 2019. Detailed information concerning these findings is listed in the enclosed non-compliance reports.

The liquidated damages for failure to fill critical posts are **$9,295.83**. Please see Attachment J for the calculation of these liquidated damages.

### 8. Failure to Fill Vacancies within 45 Days Less Overtime Costs

On September 30, 2019, and October 31, 2019, the TDOC Contract Monitor Brad Cotham issued a non-compliance report for failure to fill vacancies with forty-five (45) days as required by the contract between the State and CoreCivic, for operation of TTCC. Attachment G is for the audit period of July 1, 2019–July 31, 2019, Attachment H is for the audit period of August 1, 2019–August 30, 2019, and Attachment I is for the audit period of September 1, 2019–September 30, 2019. Documentation of overtime costs for the months of July–September 2019 is included in Attachments K–M. Detailed information concerning these findings is listed in the enclosed non-compliance reports.

The following summarizes the liquidated damages for failure to fill vacancies within forty-five (45) days, as required:

| NCR Date | Time Period | Estimated Daily Salary and Benefits | Overtime Costs Incurred | Resulting Damages |
|---|---|---|---|---|
| 30-Sep-19 | Jul-19 | $231,483.96 | $ 239,674.93 | $0.00 |
| 30-Sep-19 | Aug-19 | $301,887.88 | $ 269,848.24 | $32,039.64 |
| 31-Oct-19 | Sep-19 | $308,747.52 | $ 245,072.67 | $63,674.85 |
| **Total** | | | | **$95,714.49** |

*See Attachments K - P for more information.

As a result of these findings of non-compliance and in accordance with Section E.14 and Appendix D of the contract between the State and Trousdale County, I find Trousdale County to be in breach of contract, and I am directing that liquidated damages in the amount of **$175,160.32** be withheld from payment to CoreCivic. The liquidated damages will be deducted from the State's next payment for services under the contract.



TN Department of **Correction**

I do appreciate Trousdale County's and CoreCivic's ongoing efforts to become fully compliant with the contract and address these issues of non-compliance. I also appreciate the partnership between TDOC, Trousdale County, and CoreCivic.

If you have any questions or concerns, please feel free to contact me.

Sincerely,

Tony Parker
Commissioner

TP:DKI
Enclosures

pc: Russell Washburn, Warden, TTCC
Charles Keeton, Regional Manager, Facility Operations, Division 6, CoreCivic
Damon Hininger, President & CEO, CoreCivic
Chuck Taylor, Deputy Commissioner/Chief of Staff, TDOC
Lisa Parks, Interim Chief Financial Officer, TDOC
Debbie Inglis, Deputy Commissioner/General Counsel, TDOC
Lee Dotson, Assistant Commissioner, Prisons, TDOC
John Fisher, Correctional Administrator, TDOC
Donna Turner, Director, OIC, TDOC
Carolyn Jordan, Director, Contract Monitoring, TDOC
Chris Brun, Contract Monitor, TDOC
Jon K. Walton, Contract Monitor, TDOC



**TN** Department of
**Correction**