# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

LAKENYA McGHEE-TWILLEY individually )
and as next-of-kin to the deceased, )
MARKTAVIOUS TWILLEY )
                                     )      **Case No. 3:23-cv-00077**
v.                                  )      **Judge Campbell**
                                       )      **Magistrate Judge Holmes**
CORECIVIC OF TENNESSEE, LLC *et al.* )

## O R D E R

Presently pending before the Court is Plaintiff's motion for contempt (Docket No. 36), which requests that the Court hold non-party Tennessee Department of Corrections ("TDOC") in contempt pursuant to Rule 45(g) of the Federal Rules of Civil Procedure for TDOC's alleged noncompliance with a previously issued subpoena to produce documents.

The Court **DIRECTS** non-party TDOC to file a response to Plaintiff's motion for contempt (Docket No. 36) in accordance with Local Rule 7.01(a)(3).[1] In other words, TDOC's response must be filed by no later than **January 12, 2024** and shall not exceed twenty-five (25) pages without leave of Court. If any other party chooses to file a response to Plaintiff's motion for contempt (Docket No. 36), that party may do so also in compliance with Local Rule 7.01(a)(3). Further, if Plaintiff chooses to file a reply, it must be filed in accordance with Local Rule 7.01(a)(4).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Because TDOC filed a motion for protective order (Docket Nos. 25 and 26), counsel for TDOC is noted on the docket and will receive electronic notice of this Order through the Court's CM/ECF system.