# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| LAKENYA MCGHEE-TWILLEY, individually, and as next-of-kin to the deceased, MARKTAVIOUS TWILLEY, § § § § § *Plaintiff*, § § v. § § CORECIVIC OF TENNESSEE, LLC, § as owner and operator of TROUSDALE § TURNER CORRECTIONAL CENTER, § and MARTIN FRINK, LARODERICK § MCDAVID, DENNIS KAISER, § § *Defendants*. § | Case 3:23-cv-00077<br><br>JURY DEMANDED |

## PLAINTIFF'S SUPPLEMENTAL REPLY

Comes now the Plaintiff, through counsel, and respectfully responds to the Court's January 26, 2024 Order. *See* Doc. 48 ("Plaintiff may, by no later than seven (7) days from the date of entry of this Order, file an optional supplemental reply of no more than 10 pages, limited to the questions of (i) whether the Court may properly consider the late-filed exhibits and (ii) if so, the impact of the late-filed exhibits, if any, on Plaintiffs' arguments as already stated in its reply."). In response, the Plaintiff states as follows:

1. The Plaintiff has no objection to the court considering the TDOC's late-filed exhibits; and

2. The late-filed exhibits have no impact on the Plaintiff's arguments as already stated in her Reply (Doc. 45).

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz, BPR #032176
Lindsay Smith, BPR #035937
Melissa Dix, BPR #038535
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2024, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF, or via email, to:

Joe Welborn
Erin Palmer Polly
Terrence M. McKelvey
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
Joe.Welborn@klgates.com
Erin.Polly@klgates.com
terrence.mckelvey@klgates.com

*Counsel for Defendants*


Toni-Ann M. Dolan | Assistant Attorney General
Office of the Tennessee Attorney General
Law Enforcement and Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202-0207
p. 615.741.6739
toni-ann.dolan@ag.tn.gov

*Attorney for the Tennessee Department of Correction*


By: /s/ Daniel A. Horwitz
    Daniel A. Horwitz, BPR #032176