## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| LAKENYA MCGHEE-TWILLEY, individually, and as next-of-kin to the deceased, MARKTAVIOUS TWILLEY, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case 3:23-cv-00077 |
| CORECIVIC OF TENNESSEE, LLC, as owner and operator of TROUSDALE TURNER CORRECTIONAL CENTER, and MARTIN FRINK, LARODERICK MCDAVID, DENNIS KAISER, | § § § § § § | JURY DEMANDED |
| *Defendants*. | § | |

## PLAINTIFF'S NOTICE OF FILING: TDOC "SHENANIGANS" EMAIL

As relevant to the Plaintiff's filing at Doc. 59 at 8, the Plaintiff has conferred with the producing party (District Attorney Lawson) regarding the TDOC "shenanigans" email referenced in the filing. The producing party has stated that: "After discussing the email between TDOC and the DA's Office with General Lawson, we agree to remove the 'Confidential' designation." Accordingly, the email referenced is now filed here as **Ex. 1**.

- 1 -
Case 3:23-cv-00077   Document 63   Filed 02/09/24   Page 1 of 3 PageID #: 5546

Respectfully submitted,

By: /s/ Daniel A. Horwitz
DANIEL A. HORWITZ, BPR #032176
LINDSAY SMITH, BPR #035937
MELISSA K. DIX, BPR #038535
HORWITZ LAW, PLLC
4016 WESTLAWN DR.
NASHVILLE, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
melissa@horwitz.law
(615) 739-2888

*Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2024, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF, or via email, to:

Joe Welborn
Erin Palmer Polly
Terrence M. McKelvey
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
Joe.Welborn@klgates.com
Erin.Polly@klgates.com
terrence.mckelvey@klgates.com

*Counsel for Defendants*


David Wickenheiser | Assistant Attorney General
Law Enforcement and Special Prosecutions Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
615.532.7277
David.Wickenheiser@ag.tn.gov

*Counsel for District Attorney Lawson*


Toni-Ann M. Dolan | Assistant Attorney General
Office of the Tennessee Attorney General
Law Enforcement and Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202-0207
p. 615.741.6739
toni-ann.dolan@ag.tn.gov

*Counsel for the Tennessee Department of Correction*


            By: /s/ Daniel A. Horwitz
               Daniel A. Horwitz, BPR #032176

- 3 -
Case 3:23-cv-00077   Document 63   Filed 02/09/24   Page 3 of 3 PageID #: 5548