**Liz Evan**

| | |
|---|---|
| **From:** | Laney A. Heard <Laney.A.Heard@tn.gov> |
| **Sent:** | Monday, July 24, 2023 11:40 AM |
| **To:** | Wayne A. Sutter |
| **Cc:** | Brittani Flatt |
| **Subject:** | FW: [EXTERNAL] Document Subpoena, Case 3:23-cv-00077 (McGhee-Twilley v. CoreCivic, et al.) |
| **Attachments:** | Twilley-TDOC Subpoena.pdf |

Wayne- I think this might be your case? Just wanted to connect you with Brittani and she can fill you in on the shenanigans.



**Laney Heard**
**Senior Associate Counsel**
**Rachel Jackson Building**
**320 Sixth Avenue North**
**Nashville, TN 37243-0465**
c. 615-879-1134

**From:** Jen Brenner <Jen.Brenner@tn.gov>
**Sent:** Thursday, July 13, 2023 8:01 AM
**To:** Laney A. Heard <Laney.A.Heard@tn.gov>; Brittani Flatt <Brittani.Flatt@tn.gov>
**Subject:** FW: [EXTERNAL] Document Subpoena, Case 3:23-cv-00077 (McGhee-Twilley v. CoreCivic, et al.)

I am assigning this to you both. DO NOT think about this until you're both back next week. I will forward you another email that came from Erin Polly, who is handling for CoreCivic. You may need to coordinate with her.

Thanks!



**Jennifer L. Brenner**
General Counsel
Tenn. Dept. of Correction
Rachel Jackson Building, 6th Floor
320 6th Avenue North
Nashville, Tennessee 37243
Office: (615)741-9584
Cell: (629)395-9938
Email: Jen.Brenner@tn.gov