IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

LAKENYA McGHEE-TWILLEY individually )
and as next-of-kin to the deceased, )
Marktavious Twilley )
                                                                )    Case No. 3:23-cv-00077
v. )    Judge Campbell
                                                               )    Magistrate Judge Holmes
CORECIVIC OF TENNESSEE, LLC *et al.* )

**ORDER**

Pending before the Court is Plaintiff's second motion for leave to file document under seal (Docket No. 65), which will be addressed by the Court upon a filing of a certificate of service by Plaintiff as directed below.

In her motion, Plaintiff states that she "is not the party that requests restriction of access; she did not designate the document confidential; and she does not believe that it merits sealing, either in whole or in part." (*Id.* at 1.) After Plaintiff filed the instant motion, the Court entered an Order directing Plaintiff to serve a copy of the motion and that Order on counsel for non-parties District Attorney General Jason Lawson (the "DA") and Tennessee Department of Corrections ("TDOC") within two (2) business days. (Docket No. 69.) This Order was entered to ensure that all parties who might potentially be affected by the information sharing in this case were aware of Plaintiff's request regarding the sealing of the document.

Before ruling on Plaintiff's motion, the Court finds it reasonable to ensure that the motion was properly served as directed. Accordingly, Plaintiff must, by no later than **two (2) business days** from the date of entry of this Order, file a certificate of service that conforms to Local Rule 5.01 and confirms that Plaintiff's second motion for leave to file document under seal (Docket No.

65) was served on the additional parties in interest as directed by the Court's February 15, 2024 order. (Docket No. 69.)

Further, any party who later files a motion to seal other information in this case, and who must, as previously ordered (*id*. at 2), serve TDOC and DA Lawson with the motion shall include in the certificate of service of the motion to seal that TDOC and DA Lawson were served as directed, in addition to all other persons or counsel who were served. *See* Local Rule 5.01.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge