IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAKENYA McGHEE-TWILLEY individually and as next-of-kin to the deceased, Marktavious Twilley <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC *et al.* | Case No. 3:23-cv-00077 <br> Judge Campbell <br> Magistrate Judge Holmes |

**ORDER**

For the reasons discussed below, the Clerk of Court is **DIRECTED** to **STRIKE** the First Amended Complaint and accompanying exhibits located at Docket Entry Nos. 80 and 80-1 to 80-4.

On February 14, 2024, Plaintiff filed a Motion for Leave to File a First Amended Complaint (Docket No. 67), accompanied by a proposed First Amended Complaint and exhibits (Docket Nos. 67-1 to 67-5). Plaintiff sought to make five categories of amendments to her complaint, including adding several new defendants and one new claim, and revising prior claims to address alleged actions by the new proposed defendants. (Docket No. 68 at 3; Docket No. 79 at 3–4.)

Following briefing by the parties, the Court entered a Memorandum Opinion and Order on March 27, 2024 that granted in part and denied in part Plaintiff's motion. (Docket No. 79.) In this Order, the Court permitted Plaintiff to amend her complaint, but only to add certain proposed defendants and claims. (*Id.* at 27.) In other words, Plaintiff was not permitted to file her proposed First Amended Complaint (Docket No. 67-1) as it was presented because she would need to make appropriate revisions in accordance with the Court's Order.

Accordingly, the proposed First Amended Complaint and exhibits (Docket Nos. 67-1 to 67-5) that were docketed at Docket Entry Nos. 80 and 80-1 to 80-4 contain claims and allegations

that are not permitted. For these reasons, the Clerk **DIRECTED** to **STRIKE** the First Amended Complaint and accompanying exhibits located at Docket Entry Nos. 80 and 80-1 to 80-4.

As previously directed, Plaintiff may, within **fourteen (14) days** of the date of the Court's prior Memorandum Opinion and Order, entered on March 27, 2024 (Docket No. 79), file an amended complaint that includes the permitted amended allegations and claims. Plaintiff is cautioned that the amended complaint must be limited to the amendments permitted by the prior Memorandum Opinion and Order. Failure to do so may result in adverse consequences. *See* Fed. R. Civ. P. 16(f).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge