IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAKENYA McGHEE-TWILLEY individually ) <br> and as next-of-kin to the deceased, ) <br> Marktavious Twilley ) <br> ) <br> v. ) <br> ) <br> CORECIVIC OF TENNESSEE, LLC *et al.* ) | Case No. 3:23-cv-00077 <br> Chief Judge Campbell <br> Magistrate Judge Holmes |

**THIRD MODIFIED CASE MANAGEMENT ORDER**

Pending before the Court is the parties' joint motion to modify initial case management order (Docket No. 93), which, for the reasons requested, is **GRANTED**. For good cause shown, the case management schedule and plan is modified as follows:

1. CASE RESOLUTION AND JOINT STATUS REPORTS. Although it is unnecessary for the Court to extend the deadline for the parties to mediate, given their intention to schedule mediation well in advance of the deadline, the deadline to file a joint notice of mediation details – that is, who the mediator will be and confirmation of the date on which mediation will take place – is changed from June 28, 2024 to **May 15, 2024**. The parties are also reminded of the requirement for filing of a report of the outcome of mediation **within two (2) business days** following mediation. Local Rule 16.05(b). All other provisions and details of the case resolution plan remain unchanged.

2. DISCOVERY. The deadline to complete all written discovery and depose all fact witnesses is extended from April 26, 2024 to **June 21, 2024**. All other provisions for discovery, including for resolution of discovery disputes, remain unchanged.

3. DISCLOSURE AND DEPOSITION OF EXPERTS. The deadline for Defendants to identify and disclose all expert witnesses and reports is extended from May 31, 2024 to **July 15,**

**2024**. The deadline to complete expert depositions is extended from June 28, 2024 to **August 15, 2024**. All other provisions for disclosure and deposition of experts remain unchanged.

4. All other case management deadlines and provisions found in prior orders and not modified herein remain in full force and effect.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge