IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAKENYA MCGHEE-TWILLEY, )<br>Individually and as Next of Kin to the )<br>Deceased, MARKTAVIOUS TWILLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORECIVIC OF TENNESSEE, LLC, )<br>MARTIN FRINK, DENNIS KAISER, )<br>and LARODERICK MCDAVID, )<br>)<br>Defendants. ) | Civil Action Number 3:23-CV-77<br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Barbara D. Holmes<br>Jury Demand |

## JOINT NOTICE REGARDING CASE RESOLUTION EFFORTS

The Third Modified Case Management Order requires that Plaintiff LaKenya McGhee-Twilley and Defendants CoreCivic of Tennessee, LLC, Martin Frink, Dennis Kaiser, and Laroderick McDavid file a joint notice of mediation details, noting who will mediate this matter and when the mediation of this matter will take place by May 15, 2024. (Docket Entry 94). The parties respectfully notify the Court that they are scheduled to mediate this matter on May 29, 2024, with John J. Griffin, Jr. of Kay | Griffin | Evans PLLC.

Respectfully submitted,

/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Defendants CoreCivic of Tennessee, LLC, Martin Frink, Dennis Kaiser, and Laroderick McDavid*

/s/ Daniel A. Horwitz
Daniel A. Horwitz (#32176)
daniel@horwitzlaw.com
Lindsay Smith (#35937)
lindsay@horwitzlaw.com
Melissa K. Dix (#38535)
melissa@horwitzlaw.com
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209
(615) 739-2888

*Counsel for Plaintiff LaKenya McGhee-Twilley, Individually and as Next of Kin to the Deceased, Marktavious Twilley*

2

**CERTIFICATE OF SERVICE**

       I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this May 15, 2024, on the following:

Daniel A. Horwitz
Lindsay Smith
Melissa K. Dix
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209

                                            /s/ Erin Palmer Polly