IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| LAKENYA MCGHEE-TWILLEY, )<br>Individually and as Next of Kin to the )<br>Deceased, MARKTAVIOUS TWILLEY, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CORECIVIC OF TENNESSEE, LLC, )<br>MARTIN FRINK, DENNIS KAISER, )<br>and LARODERICK MCDAVID, )<br> )<br>    Defendants. ) | Civil Action Number 3:23-CV-77<br>District Judge William L. Campbell, Jr.<br>Magistrate Judge Barbara D. Holmes<br>Jury Demand |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by Plaintiff LaKenya McGhee Twilley, Individually and as Next of Kin to the Deceased, Marktavious Twilley, and Defendants CoreCivic of Tennessee, LLC, Martin Frink, Dennis Kaiser, and Laroderick McDavid that this action is DISMISSED WITH PREJUDICE and that all parties are to pay their own attorneys' fees, costs, and expenses.

Respectfully submitted,

/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Defendants CoreCivic of Tennessee, LLC, Martin Frink, Dennis Kaiser, and Laroderick McDavid*

/s/ Daniel A. Horwitz
Daniel A. Horwitz (#32176)
daniel@horwitz.law
Lindsay Smith (#35937)
lindsay@horwitz.law
Melissa K. Dix (#38535)
melissa@horwitz.law
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209
(615) 739-2888

*Counsel for Plaintiff LaKenya McGhee-Twilley, Individually and as Next of Kin to the Deceased, Marktavious Twilley*

2

## CERTIFICATE OF SERVICE

   I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this July 1, 2024, on the following:

Daniel A. Horwitz
Lindsay Smith
Melissa K. Dix
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209

                       /s/ Erin Palmer Polly