IN THE U.S. DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| LAKENYA MCGHEE-TWILLEY, individually, and as next-of-kin to the deceased, MARKTAVIOUS TWILLEY, § § § § *Plaintiff*, § § v. § § CORECIVIC OF TENNESSEE, LLC, § as owner and operator of TROUSDALE § TURNER CORRECTIONAL CENTER, § and MARTIN FRINK, LARODERICK § MCDAVID, DENNIS KAISER, § § *Defendants*. § | | Case 3:23-cv-00077<br><br>JURY DEMANDED |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a)(1), notice is hereby given that Plaintiff Marktavious Twilley appeals to the United States Court of Appeals for the Sixth Circuit from the ostensibly final order of the District Court entered on July 2, 2024 (Doc. 105). The Plaintiff's appeal encompasses preceding orders including Doc. 58 and Doc. 101. The Plaintiff's appeal is taken as to non-parties the Tennessee Department of Correction and District Attorney Lawson.

-1-

Respectfully submitted,

By: /s/ Daniel A. Horwitz
 DANIEL A. HORWITZ, BPR #032176
 MELISSA K. DIX, BPR #038535
 HORWITZ LAW, PLLC
 4016 WESTLAWN DR.
 NASHVILLE, TN 37209
 daniel@horwitz.law
 melissa@horwitz.law
 (615) 739-2888

 *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2024, a copy of the foregoing was served via CM/ECF upon all registered ECF recipients including the following:

Joe Welborn
Erin Palmer Polly
Terrence M. McKelvey
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
Joe.Welborn@klgates.com
Erin.Polly@klgates.com
terrence.mckelvey@klgates.com

*Counsel for Defendants*

David Wickenheiser | Assistant Attorney General
Law Enforcement and Special Prosecutions Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
615.532.7277
David.Wickenheiser@ag.tn.gov

*Counsel for District Attorney Lawson*

Toni-Ann M. Dolan | Assistant Attorney General
Office of the Tennessee Attorney General
Law Enforcement and Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202-0207
p. 615.741.6739
toni-ann.dolan@ag.tn.gov

*Counsel for the Tennessee Department of Correction*

By: /s/ Daniel A. Horwitz
Daniel A. Horwitz, Esq.