## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 02, 2025

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 24-5707, *Lakenya McGhee-Twilley v. CoreCivic of Tennessee, LLC*
Originating Case No. 3:23-cv-00077

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin L Baker, Case Manager for
Antoinette S. Macon, Case Manager

cc: Ms. Donna L. Green
    Mr. Daniel Alexander Horwitz
    Mr. Matthew W. Kubicek
    Ms. Sarah Lynne Martin
    Mr. David Wickenheiser

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-5707

_____

Filed: July 02, 2025

LAKENYA MCGHEE-TWILLEY, individually, and as next-of-kin to the deceased, Marktavious Twilley

    Plaintiff - Appellant

v.

CORECIVIC OF TENNESSEE, LLC

    Defendant

and

JASON LAWSON; TENNESSEE DEPARTMENT OF CORRECTION

    Movants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/09/2025 the mandate for this case hereby issues today.

COSTS: None